DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SOMPO JAPAN INSURANCE COMPANY OF
AMERICA and SOMPO JAPAN INSURANCE,
INC.

                *Plaintiffs,*
- against -

NORFOLK SOUTHERN RAILWAY
COMPANY, NORFOLK SOUTHERN
CORPORATION and THE KANSAS CITY
RAILWAY COMPANY

                *Defendants.*
------------------------------------x

07 Civ. 2735 (DC)

DECLARATION OF
THOMAS M. EAGAN IN
SUPPORT OF PLAINTIFFS'
MOTION FOR PARTIAL
**SUMMARY JUDGMENT**

    I, Thomas M. Eagan, declare that I am a partner of Maloof Browne & Eagan LLC, attorneys for plaintiffs Sompo Japan Insurance Company of America and Sompo Japan Insurance, Inc.

    1.    I attach as Exhibit 1 a true copy of the Complaint.

    2.    I attach as Exhibit 2 a true copy of the Answers.

    3.    I attach as Exhibit 3 true copies of the bills of ladings issued by Yang Ming Marine Transport Corporation ("Yang Ming") regarding the Kubota Tractor Shipment at issue in this litigation.

    4.    I attach as Exhibit 4 a true copy of the waybills issued by Yang Ming

regarding the Unisia Autoparts Shipment at issue in the litigation (produced by Yang Ming in response to subpoena).

5. I attach as Exhibit 5 a true copy of the Bill of Lading issued by Nippon Express regarding the Unisia Autoparts Shipment.

6. I attach as Exhibit 6 a true copy of the waybill issued by Yang Ming regarding the Hozuki Sushi cases/Ice Maker Shipment at issue in this litigation (produced by Yang Ming in response to subpoena).

7. I attach as Exhibit 7 a true copy of NYK Lines bill of lading regarding the Canon Shipment at issue in this litigation.

8. I attach as Exhibit 8 a true copy of the Waybills issued by Sumitrons Corporation regarding the Unisia Autoparts Shipment.

9. I attach as Exhibit 9 a true copy of Yang Ming bill of lading terms and conditions from their website.

10. I attach as Exhibit 10 a true copy of NYK Lines bill of lading terms and conditions from their website.

11. I attach as Exhibit 11 a true specimen copy of the Nippon Express bill of lading terms and conditions.

12. I attach as Exhibit 12 a true copy of "Miscellaneous Waybills" for the Shipments at issue as produced by defendants.

13. I attach as Exhibit 13 a true copy of an "Intermodal Transportation Agreement" as produced by defendants in this litigation.

14. I attach as Exhibit 14 a true copy of Section 8 of NS Intermodal Rail Circulars as produced by defendants.

15. I attach as Exhibit 15 a true copy of excerpts from Union Pacific Rail Circular from Union Pacific's website.

16. I attach as Exhibit 16 a true copy of the rail waybill at issue in *Sompo Japan v. Union Pacific*, 456 F.3d 54 (2d Cir. 2006).

17. I attach as Exhibit 17 a true copy of excerpts of the Union Pacific Rail Circular 20-B at issue in *Sompo*.

18. I attach as Exhibit 18 a true copy of the "Pricing & Rules Publication" and "Expired Tariff" pages from the Kansas City Southern website.

19. I attach as Exhibit 19 a true copy of excerpts of Kansas City Southern Railway's Rules Publication KCS9012 from the Kansas City Southern website.

20. I attach as Exhibit 20 a true copy of Norfolk Southern letterS dated February 2, 2007 and February 14, 2007.

I declare the foregoing is true and correct under the penalty of perjury of the laws of the United States.

Dated: Rye, New York
August 30, 2007

_____
Thomas M. Eagan

To: All Counsel

\\sbsserver1\Company\WP-DOCS\2503.81\082307 TME Declaration in support of mot. for partial summary judgment.doc