SUMITRANS CORPORATION
NEW YORK
ROAD SUITE 406 NEW HYDE PARK NY
11042 U.S.A.TEL:(516)684-3107
FAX:(516)365-6855

SUMITRANS CORPORATION NEW YORK
OFFICE 3333 NEW HYDE PARK ROAD
SUITE 406 NEW HYDE PARK NY 11042
U.S.A.ATTN:MR.TOCHIMOTO/MS.NANCY
DONADO TEL(516)684-3113/FAX(516)365
-6855
SUMITRANS CORPORATION NEW YORK
OFFICE 3333 NEW HYDE PARK ROAD
SUITE 406 NEW HYDE PARK NY 11042
U.S.A.ATTN:MR.TOCHIMOTO/MS.NANCY
DONADO TEL(516)684-3113/FAX(516)365
-6855

                           KOBE
        16E
CHEROKEE BRIDGE           KOBE

LONG BEACH           GRIFFIN           (DOOR SERVICE)


            7 CTNR   SHIPPER'S LOAD AND COUNT.          286.179 CBM
                     S.T.C.:   495 CARTONS           32823.000 KGS
-------------------------------------------------------------------
H  A   (IN DIA)      185 UNITS OF SUSHI CASES &        FREIGHT PPD
                     310 UNITS OF ICE MAKERS
C/NO.1-494,496.      HS CODE:841850,841869           LOADED ON M/V:
MADE IN JAPAN                                        CHEROKEE BRIDG
                     (495 PACKAGES)                  VOY: 16E
                     (309 PALLETS(309 CARTONS) & 186 CAR   AT:  KOBE
                     TONS)                           ON:  MAR/28/06
                     ==============                  CRD: MAR/22/06
                        495 CARTONS

TGHU2737334 20'DC FCL/FCL YML5785854        53CARTONS  1834.00KGS 12.726M
YMLU4746964 40'DC FCL/FCL YML5785851       132CARTONS  6176.00KGS 43.734M
YMLU4515760 40'DC FCL/FCL YML5785926        84CARTONS  6160.00KGS 54.348M
UESU4349581 40'DC FCL/FCL YML5785931        58CARTONS  4541.00KGS 41.475M
YMLU4889482 40'DC FCL/FCL YML5785849        56CARTONS  4704.00KGS 44.632M
PRSU4053796 40'DC FCL/FCL YML5785832        56CARTONS  4704.00KGS 44.632M
YMLU4864801 40'DC FCL/FCL YML5785937        56CARTONS  4704.00KGS 44.632M
                                            OSAKA           MAR/28/06
                                                           MAR/28/06
                                                   YMLUW251752204
603205
SEE ATTACHED LIST ...


                                            Manwa & Co., Ltd.


                         USD    25686.00
        3                JPY   195000.00      EXHIBIT _6_

See Attached List ...           OSAKA

```
** ATTACHED LIST **            CHEROKEE BRIDGE V-16E


B/L NO: YMLUW251752204      MFST NO:       002              PAGE: 1


FREIGHT/CHARGE DETAILS
-----------------------------------------------------------------------------
603205    OF  1.000C2DUSD 2820.00       2820.00
603205    OF  6.000C4DUSD 3760.00      22560.00
          AO  1.000C2DUSD   16.00         16.00
          AO  6.000C4DUSD   33.00        198.00
          CY  1.000C2DJPY   21000      21000.00
          CY  6.000C4DJPY   29000     174000.00
          SQ  2.000CSNUSD   25.00         50.00
          VS  1.000C2DUSD    6.00          6.00
          VS  6.000C4DUSD    6.00         36.00


** END OF ATTACHED LIST **
```

```
********** 404 DATA PORTION **********

YMLU4515760  40' 83516E/060323 W251752204    FROM:LONBTO:AUL  404 SENT:060406
ROUTING WE ASSIGNED : AUL ALT SAV Y
                      ATSF(AAX)/NS
                      FMRAMP:LOSAN    TORAMP:DALAS    ROUTESEQ:R  BNSF
                      FMRAMP:DALAS    TORAMP:AUL      ROUTESEQ:1  NS
```

```
********** 404 DATA PORTION **********

YMLU4746964  40' 83516E/060323 W251752204    FROM:LONBTO:AUL ¯404 SENT:060406
ROUTING WE ASSIGNED : AUL ALT SAV Y
                      ATSF(AAX)/NS
                      FMRAMP:LOSAN     TORAMP:DALAS     ROUTESEQ:R  BNSF
                      FMRAMP:DALAS     TORAMP:AUL       ROUTESEQ:1  NS
```

```
********** 404 DATA PORTION **********

YMLU4889482  40' 83516E/060323 W251752204   FROM:LONBTO:AUL  404 SENT:060406
ROUTING WE ASSIGNED : AUL ALT SAV Y
                      ATSF(AAX)/NS
                      FMRAMP:LOSAN     TORAMP:DALAS     ROUTESEQ:R  BNSF
                      FMRAMP:DALAS     TORAMP:AUL       ROUTESEQ:1  NS
```