**NYK** NIPPON YUSEN KAISHA

**NON-NEGOTIABLE COPY**

| Shipper | NYK Reference Number |
|---|---|
| CANON FINETECH INDUSTRIES DEVELOPMENT CO., LTD. BLDG., NO.3, CROWN ESTATE, CHE GONG MIAO INDUSTRIAL DISTRICT, SHENZHEN, CHINA | HGN91785     S/C# SC1201383 |

Export References: ST# SK06/50170

| Consignee | Forwarding Agent References |
|---|---|
| CANON U.S.A. INC. LOS ANGELES OFFICE 15955 ALTON PARKWAY IRVINE, CA 92618 U.S.A. | |

Point and Country of Origin (For the Merchant's Reference Only)

| Notify Party | Other Instructions (For the Merchant's Reference Only) |
|---|---|
| CANON U.S.A. INC. HEAD OFFICE ONE CANON PLAZA, LAKE SUCCESS, NY, 11042 | |

| Precarriage By | Place of Receipt: YANTIAN CY | Final Destination (For the Merchant's Reference Only) |
|---|---|---|
| Vessel/Voyage No. OOCL NINGBO  17ET2 | Port of Loading: YANTIAN | |
| Port of Discharge: LONG BEACH, CA | Place of Delivery: LONG BEACH, CA  CY | |

**Particulars Furnished by the Merchant** — Page 1 of 2

| Container No./ Seal No./ Marks & No's | No. of Containers or Packages | Kind of Packages/ Description of Goods | Gross Weight/Code | Measurement/Code |
|---|---|---|---|---|
| O/FAULV73 CASE NO.1-60 C.U.S.A. LOS ANGELES (D) MADE IN CHINA O/FAULV73 CASE NO.1-60 C.U.S.A. LOS ANGELES (D) | 120 | "SHIPPER'S LOAD & COUNT" 2 CONTAINERS "SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE AGREEMENT TARIFF." SHIPPER'S DECLARATION: THIS SHIPMENT DOES NOT SOLID WOOD PACKING MATERIAL. PACKAGES COPYING MACHINE & ACCESORY FOR COPYING MACHINE 120PLTS//480PCS//480CTNS INVOICE NO. SK-06/50170 | 9,120.000KGS | 107.792M3 |

Total Number of Containers or Packages — TOTAL CONTAINERS: 2

| Freight and Charges | Revenue Units | Basis | Rate | Currency | Prepaid Amount | Collect Amount |
|---|---|---|---|---|---|---|
| BASE FREIGHT | 2.000 | 40VAN | 1,950.00 | USD | | 3,900.00 |
| CY RECEIVING | 2.000 | 40VAN | 269.00 | USD | 538.00 | |
| B/L FEE | 1.000 | BL | 125.00 | CNY | 125.00 | |
| | | | TOTAL | USD | 538.00 | 3,900.00 |
| | | | TOTAL | CNY | 125.00 | |

(@HKD 7.789/USD)
(@HKD .9746/CNY)
(HKD 4,312.31)

| Laden On Board Vessel | | No. of Original Waybills | Place of Bills of Lading Issue | Prepaid at | Payable at |
|---|---|---|---|---|---|
| Date | By | ONE | SHENZHEN | HONG KONG | DESTINATION |
| MAR 26, 2006 | | | | | |

(Terms of Waybill continued from Schedule B of the NYK Internet Documentation Agreement)
In witness whereof, the undersigned, on behalf of Nippon Yusen Kaisha, the Master and the owner of the Vessel, has signed the number of Waybill(s) stated above, all of this tenor and date, one of which being accomplished, the others to stand void.

NIPPON YUSEN KAISHA
(N Y K LINE)

NYK LINE (CHINA)
SHENZHEN BRANCH AS AGENT FOR AND
ON BEHALF OF NYK AS CARRIER

Dated  Month  Day  Year

Waybill No. NYKS479204457

By_____   Declared Value _____

If shipper enters a value, carrier's limitation of liability shall not apply and the ad valorem rate will be charged. (See Article 18 & 28)



EXHIBIT 8