04/22/2003 12:18 9831229 GUTTERMAN ASSOCIATES PAGE 02

realease this + the other 2 containers

MOGU 007442 009 923616020711 07 11 02 INFO COPY 137438

13692 ATLANTA GA 72686 ICTF CA
6463 ST LOUIS MO 63103
13TH & OLIVE, ROOM 400 DESK 7

UP,NEWOR CSXT, R CSX INTERMODAL INC
ICTF CA 90802

ZZ

MITSUI OSK LINES (AMERICA) I
N/PMOL (AMERICA) INC
PER4047635674

COFC SHIPMENT
IMPORT SHIPMENT

TO BE PREPAID

4611110
1 INTERMODL TRLR/CONT LOAD 38,977
MARINE CONTAINER WITH
FAK
ID=CGLI
TRANSF TO TIFZ 225620
TIFZ224045
SAL# N8276S6

* * * * * * * * * * * * * * * * * * *
* DEREGULATED ACCOUNTING RULE 11 *
* SHIPMENT - NO REVENUE WAYBILL *
* WILL BE FURNISHED *
* * * * * * * * * * * * * * * * * * *

SEND FREIGHT BILL TO:
CSX INTERMODAL INC
RAIL PAYABLES 21ST FLOOR,301 WSTREET
JACKSONVILLE FL 32202-5123

CUSTOMER FURNISHED CONTRACT DATA - SPD 005152

EXHIBIT 16

K

MOGU 007901 003 923810020711 07 11 02 INFO COPY 137446 PAGE 1

13639 ATLANTA GA

72686 ICTF CA
6465 ST LOUIS MO 63103
13TH & OLIVE, ROOM 400 DESK 7,

F,NEWOR CSXT, R

CSX INTERMODAL INC
ICTF CA 90802

ZZ

MITSUI OSK LINES (AMERICA) I
N/PMOL (AMERICA) INC
PER4047635674

COFC SHIPMENT
IMPORT SHIPMENT

TO BE PREPAID

4611110

1 INTERMODL TRLR/CONT LOAD 20,644
MARINE CONTAINER WITH
FAK
**LOAD TRANSFERED TO
VTRZ222022 AT EL PASO
TX ON 8/01/02**
EAL# NC27806

* * * * * * * * * * * * * * * * * * *
* DEREGULATED ACCOUNTING RULE 11 *
* SHIPMENT - NO REVENUE WAYBILL *
* WILL BE FURNISHED *
* * * * * * * * * * * * * * * * * * *

SEND FREIGHT BILL TO:
CSX INTERMODAL INC
RAIL PAYABLES 21ST FLOOR,301 WSTREET
JACKSONVILLE FL 32202-5123

CUSTOMER FURNISHED CONTRACT DATA - SPD 005152

K

INFO COPY
137455

MOTU 012512 003 523638020711 07 11 02

CA
13699 ATLANTA GA 72686 ICTF
6465 ST LOUIS MO 63103
13TH & OLIVE, ROOM 400 DESK 7

UP,NEWOR CSXT, R CSX INTERMODAL INC CA 90802
ICTF

ZZ

MITSUI OSK LINES (AMERICA) I
N/PMOL (AMERICA) INC
PER4047635674

COFC SHIPMENT
IMPORT SHIPMENT

TO BE PREPAID

4611110
1 INTERMODL TRLR/CONT LOAD 42,593
MARINE CONTAINER WITH
FAK
ID=CSLI
TRANSF TO TIPZ 221051
REDZ 235963 7/26
SEAL# NB32057

* * * * * * * * * * * * * * * * * *
* DEREGULATED ACCOUNTING RULE 11 *
* SHIPMENT - NO REVENUE WAYBILL *
* WILL BE FURNISHED *
* * * * * * * * * * * * * * * * * *

SEND FREIGHT BILL TO:
CSX INTERMODAL INC
RAIL PAYABLES 21ST FLOOR,301 WSTREET
JACKSONVILLE FL 32202-5123

CUSTOMER FURNISHED CONTRACT DATA - SPD 005152