





| Home | About KCS | My KCS | Customers | Investors | Employees | Media | Suppliers | General Public | Caree |

## Pricing & Rules Publications

**Rules for all Regulated and Deregulated Shipments**

Rules Publication KCS 9012 (Effective June 27, 2007)
Rules Publication KCS 9011 (Effective June 27, 2007)

KCSR Carload Rules Publication, Contact Nancy Hanson at 816-983-1466
KCSR Intermodal Rules Publication, Contact Mark Sheppard at 816-983-1102

Rules Publication KCSM (Effective January, 2007)

KCSM Carload Rules Publication, Contact Victor Rodriguez at 52-55-91-78-56-88
KCSM Intermodal Rules Publication, Contact Edgar Aguileta at 52-55-91-78-56-47 or Alejandro Lopez at 52-55-9 56-48.

Expired Tariffs

**Pricing and Rules by Commodity**

| KCSR | KCSM |
|---|---|
| Agriculture | Circular Hazardous Materials |
| Minerals | Circular Iron or Sheet-Southbound |
| Forest Products | Circular Iron or Sheet-Northbound |
| Chemicals & Petroleum | Circular Lumber |
| Empty Cars & Locomotives | Circular Pet Oil Products |
| Metals | Circular Plastic Products |
| Lumber Products Circular 11 - 100 | Circular Scrap Paper |
| Lumber Products Circular 11 - 200 | Circular Printing Paper |
| Lumber Products Circular 11 - 300 | Accessorial Services |
| Lumber Products Circular 11 - 400 | |
| Lumber Products Circular 11 - 500 | |
| Lumber Products Circular 11 - 600 | |
| KCS Circ 1001 (Effective May 1, 2007) | |
| KCS Circ 1001 (Effective October 1, 2007) | |

For more pricing information, send an email to RequestRate@KCSouthern.com.

**Credit Applications**

KCSR Credit Application
KCSM Credit Application

Please direct completed credit applications to:

| KCSR | KCSM |
|---|---|
| Credit & Applications, KCSR | Via US Mail to: |


EXHIBIT 18

| Home | About KCS | My KCS | Customers | Investors | Employees | Media | Suppliers | General Public | Caree |

## Expired Tariffs

Chemicals & Petroleum (KCS 3002D)
Chemicals & Petroleum Tariff Rates KCS 3003D - State to State
Empty Cars & Locomotives
Tariff KCSR 6000-Demurrage Effective July 1, 2006
Rules Publication KCS 9012 (Effective April 26, 2007)
Rules Publication KCS 9011 (Effective April 5, 2007)
KCS Circ 1001 (Effective April 1, 2007)
Forest Products (Effective March 1, 2007)
Empty Cars & Locomotives (Effective September 15, 2005)
Metals (Effective September 15, 2005)
Rules Publication KCS 9011 (Effective September 22, 2006)
Tariff KCSR 6000-Demurrage (Effective May 1, 2006)
8100-E-Switching
8100-D-Switching
8036 Local Switching-Expires 2/28/06
9213-F-Diversions
Lumber Products Circular 11 - 600B

**FOR EMERGENCIES ONLY CALL**   US - (877) 527-9464  |   MEXICO (81) 8305-7957    **CONTACT US**

© 2007 Kansas City Southern | COPYRIGHT & LEGAL DISCLAIMER | FAQ | SITE MAP | Spanish