```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

SOMPO JAPAN INSURANCE COMPANY          :
OF AMERICA and SOMPO JAPAN
INSURANCE, INC.,                       :

                Plaintiffs,            :

        - against -                    :

NORFOLK SOUTHERN RAILWAY COMPANY,      :
NORFOLK SOUTHERN CORPORATION, and
THE KANSAS CITY RAILWAY COMPANY,       :

                Defendants.            :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

**ORDER**

07 Civ. 2735 (DC)

**CHIN, D.J.**

On November 21, 2007, the Court held oral argument in this case. After oral argument, the parties submitted letters that address two questions asked by the Court at oral argument: (1) what constitutes a "10709 contract" and (2) whether a recent decision by Judge Batts in the matter <u>Sompo Japan Insurance Company v. Union Pacific Railroad Company</u>, No. 02 Civ. 9523 (DAB), provides authority for the Court's decision on related issues in this case. Defendants requested the opportunity to more fully brief these issues. The Court will accept any and all final letter submissions on these two issues until January 24, 2008.

SO ORDERED.

Dated:   New York, New York
         January 15, 2007

_____
DENNY CHIN
United States District Judge