# KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX : 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX : 03-3245-3822



## INVOICE

**Invoice Date :** MAR. 28, 2006

**Invoice No. :** T016031366

By order and for account and risk of:
MESSRS.

MARUBENI AMERICA CORPORATION

515 SOUTH FIGUEROA STREET,SUITE 2000 LOS
ANGELES,CA 90071 U.S.A.
(562)435-3722
(562)432-8443

Marks & Nos.

---N/M---

| Shipped per | Voy No. |
|---|---|
| CHEROKEE BRIDGE | 16E |

| On or about | From |
|---|---|
| MAR. 30, 2006 | TOKYO, JAPAN |

| To | Via |
|---|---|
| LONG BEACH - CA | |

| Thence convey to / Final destination | COUNTRY OF ORIGIN : JAPAN |
|---|---|
| JEFFERSON, GA | |

Payment Terms
TTR(4M) AFT SHP M

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | CIP LONG BEACH - CA (@USD) | (USD) |
| 16L68001 4500139147    3C79100000 M9540HDC | 3 NO(S) | 22,658.68 | 67,976.04 |
| TOTAL : | 3 NO(S) | | USD 67,976.04 |
| | INSURANCE PREMIUM | | USD 46.36 |
| | OCEAN FREIGHT | | USD 1,625.00 |

E. & O. E.
KUBOTA

EXHIBIT 8

# KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3822



Invoice Date : MAR. 28, 2006

## PACKING LIST

Invoice No. : T016031366

| By order and for account and risk of: MESSRS. | | Marks & Nos. |
|---|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | | ----N/M---- |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
|---|---|
| On or adout<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH - CA | Via |

| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |
|---|---|

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Net Weight(KGS) | Gross Weight(KGS) | Measurement(M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | (KGS) | (KGS) | (M3) |
| 3C79100000  M9540HDC | @1 UNIT (1 NO)<br>3 UNIT | @2,386<br>7,158 | @2,386<br>7,158 | @16.509000<br>49.527000 |
| TOTAL :          3 UNITS | 7,158 KGS | 7,158 KGS | 49.527000 M3 | |

E. & O. E.
**KUBOTA**

725

# K U B O T A
## NOTIFICATION OF SERIAL NUMBERS
## 車台（製造）番号報告書

出荷報告書
伝 票 No.──788458

## KUBOTA Corporation
2-47, Shikitsuhigashi 1-chome Naniwaku Osaka, 556-0012 Japan.
CABLE ADDRESS: IRONKUBOTA OSAKA
TELEX:5267610 KUBOTA J
FAX:06 (6648) 3521
CASE MARK:(荷印):
MADE IN JAPAN

We hereby notify that the following products have
been shipped per below mentioned vessel, and that
the serial numbers of those are as follows.

INVOICE NO. (インボイスNo.) :T016031366
CONTRACT NO. (契約No) :
COMMODITY(商品名)      :
MODEL(機種名)      :M9540DTHQ      3SET(S)
NATION(国名)      :USA

| Ocean vessel | Voy.No. | Shipping port and date | Destination port and ETA |
|---|---|---|---|

| ○ | C/No. (型式) | Chassis No (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) | C/No. (型式) | Chassis No. (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) |
|---|---|---|---|---|---|---|---|---|
| | | 50991 | 6A2945 | | | | | |
| | | 51000 | 6A2761 | | | | | |
| | | 51017 | 6A2239 | | | | | |
| ○ | | | | | | | | |

Net Weight(正味重量):      2386KG/CASE
Gross Weight(総重量):      2386KG/CASE
Measurement(容量)  :   16.5094CU'M/CASE
Ref.No.(製通番号)   :   16L680
Container No.      :   YMLU8294100
Seal No.      :  YML 5756455
Vanning and/or Delivery Date(出荷日):  25/03M,      2006

KUBOTA
INSPECTOR 

(P. 1 / 1)

**KUBOTA**

728

**KUBOTA Corporation**

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX:03-3245-3822



## INVOICE

Invoice Date : MAR. 28, 2006

Invoice No. : T016031367

| By order and for account and risk of: MESSRS. | | Marks & Nos. |
|---|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | | ----N/M---- |

| Shipped per | Voy No. |
|---|---|
| CHEROKEE BRIDGE | 16E |

| On or about | From |
|---|---|
| MAR. 30, 2006 | TOKYO, JAPAN |

| To | Via |
|---|---|
| LONG BEACH - CA | |

| Thence convey to / Final destination | |
|---|---|
| JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |

| Payment Terms |
|---|
| TTR(4M) AFT SHP M |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | CIP LONG BEACH - CA | | |
| | | (@USD) | (USD) |
| 16L68101 4500139148    3C79100000 M9540HDC WO OF | 3 NO(S) | 22,438.00 | 67,314.00 |
| TOTAL : | 3 NO(S) | | USD 67,314.00 |

| | |
|---|---|
| INSURANCE PREMIUM | USD 45.91 |
| OCEAN FREIGHT | USD 1,825.00 |

E. & O. E.
**KUBOTA**

## KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX : 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX : 03-3245-3822

 **Kubota**

Invoice Date : MAR. 28, 2006

# PACKING LIST

Invoice No. : T016031367

| By order and for account and risk of:<br>MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | ---N/M--- |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
|---|---|
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH - CA | Via |

| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN | REMARKS<br>O/P NO HO-0186<br>DD April 1st,1996<br>coverd by The Fuji Fire and<br>Marine Insurance Company Limited. |
|---|---|---|

| Description of Goods | Quantity | Net Weight(KGS) | Gross Weight(KGS) | Measurement(M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | (KGS) | (KGS) | (M3) |
| 3C79100000  M9540HDC | @1 UNIT (1 NO)<br>3 UNIT | @2,386<br>7,158 | @2,386<br>7,158 | @16.509000<br>49.527000 |
| TOTAL : 3 UNITS | 7,158 KGS | 7,158 KGS | 49.527000 M3 | |

KUBOTA    E. & O. E.

# K U B O T A
## NOTIFICATION OF SERIAL NUMBERS
## 車台（製造）番号報告書

出荷報告書
伝 票 No.--788463

## KUBOTA Corporation
2-47,Shikitsuhigashi 1-chome Naniwaku Osaka, 556-0012 Japan.
CABLE ADDRESS: IRONKUBOTA OSAKA
TELEX:5267610 KUBOTA J
FAX:06(6648)3521
CASE MARK:(荷印):
MADE IN JAPAN

We hereby notify that the following products have
been shipped per below mentioned vessel, and that
the serial numbers of those are as follows.

INVOICE NO.(インボイスNo.) :TO16031367
CONTRACT NO. (契約No) :
COMMODITY(商品名)       :
MODEL(機種名)           :M9540DTHQ        3SET(S)
NATION(国名)            :USA

| Ocean vessel | Voy.No. | Shipping port and date | Destination port and ETA |
|---|---|---|---|

| C/No (型式) | Chassis No (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) | C/No (型式) | Chassis No (車台番号) | Engine No (エンジン番号) | Rops No. (ロプス番号) |
|---|---|---|---|---|---|---|---|
| | 51008 | 6C0867 | | | | | |
| | 51122 | 6A3240 | | | | | |
| | 51395 | 6C2211 | | | | | |

Net Weight(正味重量):    2386KG/CASE
Gross Weight(総重量):    2386KG/CASE
Measurement(容量)    :    16.5094CU'M/CASE
Ref.No.(製通番号)    :    16L681
Container No.        :    FSCU6904489
Seal No.             :    YML 5756451
Vanning and/or Delivery Date(出荷日): 25/03M,    2006



KUBOTA
INSPECTOR

(P. 1 / 1)

**KUBOTA**

740

KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX:06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX:03-3245-3822

 **Kubota**

**INVOICE**

Invoice Date : MAR. 28, 2006

Invoice No. : T016031368

| By order and for account and risk of:<br>MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS<br>ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | ----N/M---- |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
|---|---|
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH - CA | Via |

| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |
|---|---|
| Payment Terms<br>TTR(4M) AFT SHP M | |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | CIP LONG BEACH - CA | (@USD) | (USD) |
| 16L68201 4500139149   3C79100000 M9540HDC ** | 3 NO(S) | 22,658.68 | 67,976.04 |
| TOTAL : | 3 NO(S) | | USD 67,976.04 |

INSURANCE PREMIUM          USD 46.36
OCEAN FREIGHT          USD 1,625.00

E. & O. E.
**KUBOTA**

762

**KUBOTA Corporation**

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,555-8601 JAPAN
FAX:06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX:03-3245-3822

 **Kubota**

Invoice Date : MAR. 28, 2006

# PACKING LIST

Invoice No. : T016031368

| By order and for account and risk of:<br>MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | ---N/M--- |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
|---|---|
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH - CA | Via |

| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN | REMARKS<br>O/P NO HO-0186<br>DD April 1st,1996<br>coverd by The Fuji Fire and<br>Marine Insurance Company Limited. |
|---|---|---|

| Description of Goods | Quantity | Net Weight(KGS) | Gross Weight(KGS) | Measurement(M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | (KGS) | (KGS) | (M3) |
| 3C79100000  M9540HDC ** | @1 I.CRATE (1 NO)<br>3 I.CRATE | @2,275<br>6,825 | @2,438<br>7,314 | @12.839000<br>38.517000 |
| TOTAL : | 3 I.CRATES | 6,825 KGS | 7,314 KGS | 38.517000 M3 |

E. & O. E.

**KUBOTA**

# K U B O T A
## NOTIFICATION OF SERIAL NUMBERS
### 車台（製造）番号報告書

出荷報告書
伝　票 No.—788354

## KUBOTA Corporation
2-47,Shikitsuhigashi 1-chome Naniwaku Osaka, 556-0012 Japan.
CABLE ADDRESS:IRONKUBOTA OSAKA
TELEX:5267610 KUBOTA J
FAX:06(6648)3521
CASE MARK:(荷印):
MADE IN JAPAN

We hereby notify that the following products have
been shipped per below mentioned vessel, and that
the serial numbers of those are as follows.

INVOICE NO.(インボイスNo.) :TO16031368
CONTRACT NO. (契約No) :
COMMODITY(商品名)      :
MODEL(機種名)          :M9540DTHQ         3SET(S)
NATION(国名)           :USA

| Ocean vessel | Voy.No. | Shipping port and date | Destination port and ETA |
|---|---|---|---|

| C/No (型式) | Chassis No (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) | C/No (型式) | Chassis No (車台番号) | Engine No (エンジン番号) | Rops No. (ロプス番号) |
|---|---|---|---|---|---|---|---|
| | 51079 | 6C1476 | | | | | |
| | 51098 | 6C1796 | | | | | |
| | 51102 | 6C0869 | | | | | |

Net Weight(正味重量):     2275KG/CASE
Gross Weight(総重量):     2438KG/CASE
Measurement(容量)    :    13.0663CU'M/CASE
Ref.No.(製通番号)    :    16L682
Container No.        :    CLHU8586100
Seal No.             :    YML 5756493
Vanning and/or Delivery Date(出荷日): 25/03M.     2006

KUBOTA
INSPECTOR



(P. 1 / 1)

**KUBOTA**

**KUBOTA Corporation**

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX : 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX : 03-3245-3822



**INVOICE**

Invoice Date : MAR. 28, 2006

Invoice No. : T016031333

| By order and for account and risk of:<br>MESSRS. | | Marks & Nos. |
|---|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS<br>ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | | ----N/M---- |

| Shipped per | Voy No. |
|---|---|
| CHEROKEE BRIDGE | 16E |

| On or about | From |
|---|---|
| MAR. 30, 2006 | TOKYO, JAPAN |

| To | Via |
|---|---|
| LONG BEACH - CA | |

| Thence convey to / Final destination | COUNTRY OF ORIGIN : JAPAN |
|---|---|
| JEFFERSON, GA | |

| Payment Terms |
|---|
| TTR(4M) AFT SHP M |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | CIP LONG BEACH - CA<br>(@USD) | (USD) |
| | | | |
| 16L65101 4500139111    3C59100000 M9540DTC | 3 NO(S) | 21,991.90 | 65,975.70 |
| TOTAL : | 3 NO(S) | | USD 65,975.70 |

INSURANCE PREMIUM     USD 45.00
OCEAN FREIGHT     USD 1,825.00

E. & O. E.
**KUBOTA**

788

**KUBOTA Corporation**

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX : 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX : 03-3245-3822



Invoice Date : MAR. 28, 2006

**PACKING LIST**   Invoice No. :   T016031333

| By order and for account and risk of:<br>MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS<br>ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | —––N/M––– |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
|---|---|
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH - CA | Via |
| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Net Weight(KGS) | Gross Weight(KGS) | Measurement(M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | (KGS) | (KGS) | (M3) |
| 3C59100000   M9540DTC | @1 UNIT (1 NO)<br>3 UNIT | @2,392<br>7,176 | @2,392<br>7,176 | @16.509000<br>49.527000 |
| TOTAL :         3 UNITS | 7,176 KGS | 7,176 KGS | 49.527000 M3 | |

E. & O. E.

**KUBOTA**

# K U B O T A
## NOTIFICATION OF SERIAL NUMBERS
## 車台 （製造）番号報告書

出荷報告書
伝 票 No.--787599

## KUBOTA Corporation
2-47,Shikitsuhigashi 1-chome Naniwaku Osaka,556-0012 Japan.
CABLE ADDRESS:IRONKUBOTA OSAKA
TELEX:5267610 KUBOTA J
FAX:06(6648)3521
CASE MARK:(荷印):
MADE IN JAPAN

We hereby notify that the following products have
been shipped per below mentioned vessel, and that
the serial numbers of those are as follows.

INVOICE NO.(インボイスNo.):TO16031333
CONTRACT NO. (契約No) :
COMMODITY(商品名)      :
MODEL(機種名)         :M9540DTQ       3SET(S)
NATION(国名)         :USA

| | Ocean vessel | Voy.No. | Shipping port and date | Destination port and ETA | | | |
|---|---|---|---|---|---|---|---|

| C/No (型式) | Chassis No.(車台番号) | Engine No.(エンジン番号) | Rops No.(ロプス番号) | C/No (型式) | Chassis No.(車台番号) | Engine No.(エンジン番号) | Rops No.(ロプス番号) |
|---|---|---|---|---|---|---|---|
| | 50990 | 6A2938 | | | | | |
| | 50996 | 6A2540 | | | | | |
| | 51022 | 6A3107 | | | | | |

Net Weight(正味重量):    2392KG/CASE
Gross Weight(総重量):    2392KG/CASE
Measurement(容量)    :    16.5094CU'M/CASE
Ref.No.(製通番号)    :    16L651
Container No.        :    XINU8033402
Seal No.            :    YML 5756449
Vanning and/or Delivery Date(出荷日): 24/03M,    2006



KUBOTA
INSPECTOR

(P. 1 / 1)

### KUBOTA

792

**KUBOTA Corporation**

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3822



Invoice Date: MAR. 28, 2006

**INVOICE**    Invoice No. :   T016031334

| By order and for account and risk of:<br>MESSRS. | | Marks & Nos. |
|---|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS<br>ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | | ---N/M--- |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
|---|---|
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH - CA | Via |
| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |
| Payment Terms<br>TTR(4M) AFT SHP M | |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | CIP LONG BEACH - CA | (@USD) | (USD) |
| 16L65201 4500139117    3C59100000 M9540DTC | 3 NO(S) | 21,991.90 | 65,975.70 |
| TOTAL : | 3 NO(S) | | USD 65,975.70 |

| | |
|---|---|
| INSURANCE PREMIUM | USD 45.00 |
| OCEAN FREIGHT | USD 1,625.00 |

E. & O. E.
**KUBOTA**

812

**KUBOTA Corporation**

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX : 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX : 03-3245-3822

 **Kubota**

**PACKING LIST**

Invoice Date : MAR. 28, 2006

Invoice No. :  T016031334

| By order and for account and risk of: MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | ---N/M--- |

| Shipped per | Voy No. |
|---|---|
| CHEROKEE BRIDGE | 18E |

| On or about | From |
|---|---|
| MAR. 30, 2006 | TOKYO, JAPAN |

| To | Via |
|---|---|
| LONG BEACH - CA | |

| Thence convey to / Final destination | COUNTRY OF ORIGIN : JAPAN |
|---|---|
| JEFFERSON, GA | |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Net Weight(KGS) | Gross Weight(KGS) | Measurement(M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | (KGS) | (KGS) | (M3) |
| 3C59100000  M9540DTC | @1 UNIT (1 NO)<br>3 UNIT | @2,392<br>7,176 | @2,392<br>7,176 | @16.509000<br>49.527000 |
| TOTAL : | 3 UNITS | 7,176 KGS | 7,176 KGS | 49.527000 M3 |

E. & O. E.

**KUBOTA**

813

# K U B O T A
## NOTIFICATION OF SERIAL NUMBERS
## 車台（製造）番号報告書

出荷報告書
伝 票 No.――787608

### KUBOTA Corporation
2-47, Shikitsuhigashi 1-chome Naniwaku Osaka, 556-0012 Japan.
CABLE ADDRESS: IRONKUBOTA OSAKA
TELEX: 5267610 KUBOTA J
FAX: 06 (6648) 3521
CASE MARK: (荷印):
MADE IN JAPAN

We hereby notify that the following products have
been shipped per below mentioned vessel, and that
the serial numbers of those are as follows.

INVOICE NO. (インボイスNo.) : TO16031334
CONTRACT NO. (契約No) :
COMMODITY (商品名) :
MODEL (機種名) : M9540DTQ        3SET(S)
NATION (国名) : USA

| Ocean vessel | Voy. No. | Shipping port and date | Destination port and ETA |
|---|---|---|---|

| C/No (型式) | Chassis No (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) | C/No (型式) | Chassis No (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) |
|---|---|---|---|---|---|---|---|
| | 51005 | 6A3068 | | | | | |
| | 51019 | 6C0848 | | | | | |
| | 51375 | 6C0774 | | | | | |

Net Weight (正味重量): 2392KG/CASE
Gross Weight (総重量): 2392KG/CASE
Measurement (容量) : 16.5094CU'M/CASE
Ref. No. (製通番号) : 16L652
Container No. : YMLU8217892
Seal No. : YML 5756445
Vanning and/or Delivery Date (出荷日): 24/03M,      2006

KUBOTA
INSPECTOR

(P. 1 / 1)

## KUBOTA

816

KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX:06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX:03-3245-3822

 Kubota

**INVOICE**

Invoice Date : MAR. 28, 2006

Invoice No.  :  T016031335

| By order and for account and risk of: MESSRS. | | Marks & Nos. |
|---|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | | ---N/M--- |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
|---|---|
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH - CA | Via |

| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |
|---|---|

Payment Terms
TTR(4M) AFT SHP M

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | CIP LONG BEACH - CA | (@USD) | (USD) |
| 16L65301 4500139118    3C59100000 M9540DTC ** | 3 NO(S) | 21,991.90 | 65,975.70 |
| TOTAL : | 3 NO(S) | | USD 65,975.70 |

| | | |
|---|---|---|
| INSURANCE PREMIUM | | USD 45.00 |
| OCEAN FREIGHT | | USD 1,625.00 |

E. & O. E.
**KUBOTA**

838

# KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3822



## PACKING LIST

Invoice Date : MAR. 28, 2006

Invoice No. :  T016031335

| By order and for account and risk of: MESSRS. | | Marks & Nos. |
|---|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | | ----N/M---- |

| Shipped per CHEROKEE BRIDGE | Voy No. 16E |
|---|---|
| On or about MAR. 30, 2006 | From TOKYO, JAPAN |
| To LONG BEACH - CA | Via |
| Thence convey to / Final destination JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Net Weight(KGS) | Gross Weight(KGS) | Measurement(M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | (KGS) | (KGS) | (M3) |
| 3C59100000  M9540DTC ** | @1 I.CRATE (1 NO) | @2,308 | @2,444 | @12.839000 |
| | 3 I.CRATE | 6,924 | 7,332 | 38.517000 |
| TOTAL : | 3 I.CRATES   6,924 KGS | 7,332 KGS | 38.517000 M3 | |

KUBOTA  E. & O. E.

839

# K U B O T A
## NOTIFICATION OF SERIAL NUMBERS
### 車台 (製造) 番号報告書

出荷報告書
伝 票 No.—787504

**KUBOTA Corporation**
2-47, Shikitsuhigashi 1-chome Naniwaku Osaka, 556-0012 Japan.
CABLE ADDRESS: IRONKUBOTA OSAKA
TELEX: 5267610 KUBOTA J
FAX: 06 (6648) 3521
CASE MARK: (荷印):
MADE IN JAPAN

We hereby notify that the following products have
been shipped per below mentioned vessel, and that
the serial numbers of those are as follows.

INVOICE NO. (インボイスNo.) :TO16031335
CONTRACT NO. (契約No) :
COMMODITY(商品名) :
MODEL(機種名) :M9540DTQ          3SET(S)
NATION(国名) :USA

| Ocean vessel | Voy. No. | Shipping port and date | Destination port and ETA |
|---|---|---|---|

| C/No (型式) | Chassis No. (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) | C/No (型式) | Chassis No. (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) |
|---|---|---|---|---|---|---|---|
| | 51070 | 6C2292 | | | | | |
| | 51083 | 6C1489 | | | | | |
| | 51086 | 6C2241 | | | | | |

Net Weight(正味重量): 2308KG/CASE
Gross Weight(総重量): 2444KG/CASE
Measurement(容量) :   13.0663CU'M/CASE
Ref.No.(製通番号) : 16L653
Container No. : YMLU8264472
Seal No. : YML 5756590
Vanning and/or Delivery Date(出荷日): 24/03M,    2006

KUBOTA
INSPECTOR



(P. 1 / 1)

**KUBOTA**

842

## KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX : 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX : 03-3245-3822



## INVOICE

Invoice Date : MAR. 28, 2006

Invoice No. : T016031332

| By order and for account and risk of:<br>MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | ---N/M--- |

| Shipped per | Voy No. |
|---|---|
| CHEROKEE BRIDGE | 16E |

| On or about | From |
|---|---|
| MAR. 30, 2006 | TOKYO, JAPAN |

| To | Via |
|---|---|
| LONG BEACH - CA | |

| Thence convey to / Final destination | COUNTRY OF ORIGIN : JAPAN |
|---|---|
| JEFFERSON, GA | |

| Payment Terms |
|---|
| TTR(4M) AFT SHP M |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | CIP LONG BEACH - CA<br>(@USD) | | (USD) |
| 16L65001 4500139110    3C59100000 M9540DTC | 3 NO(S) | 21,991.90 | 65,975.70 |
| TOTAL : | 3 NO(S) | | USD 65,975.70 |
| | INSURANCE PREMIUM | | USD 45.00 |
| | OCEAN FREIGHT | | USD 1,625.00 |

E. & O. E.

## KUBOTA

KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3822



**PACKING LIST**

Invoice Date: MAR. 28, 2006

Invoice No. : T016031332

| By order and for account and risk of: MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | ----N/M---- |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
|---|---|
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH - CA | Via |

| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN | REMARKS<br>O/P NO HO-0186<br>DD April 1st,1996<br>coverd by The Fuji Fire and<br>Marine Insurance Company Limited. |
|---|---|---|

| Description of Goods | Quantity | Net Weight(KGS) | Gross Weight(KGS) | Measurement(M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | (KGS) | (KGS) | (M3) |
| 3C59100000  M9540DTC | @1 UNIT (1 NO)<br>3 UNIT | @2,392<br>7,176 | @2,392<br>7,176 | @16.509000<br>49.527000 |
| TOTAL : | 3 UNITS | 7,176 KGS | 7,176 KGS | 49.527000 M3 |

E. & O. E.

KUBOTA

# K U B O T A
## NOTIFICATION OF SERIAL NUMBERS
## 車台（製造）番号報告書

出荷報告書
伝 票 No. --787584

### KUBOTA Corporation
2-47, Shikitsuhigashi 1-chome Naniwaku Osaka, 556-0012 Japan.
CABLE ADDRESS: IRONKUBOTA OSAKA
TELEX:5267610 KUBOTA J
FAX:06(6648)3521
CASE MARK:(荷印):
MADE IN JAPAN

We hereby notify that the following products have been shipped per below mentioned vessel, and that the serial numbers of those are as follows.

INVOICE NO.（インボイスNo.）:TO16031332
CONTRACT NO.（契約No）:
COMMODITY（商品名）:
MODEL（機種名）:M9540DTQ        3SET(S)
NATION（国名）:USA

| Ocean vessel | Voy.No. | Shipping port and date | Destination port and ETA |
|---|---|---|---|

| C/No (型式) | Chassis No. (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) | C/No (型式) | Chassis No. (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) |
|---|---|---|---|---|---|---|---|
| | 50995 | 6A2541 | | | | | |
| | 51013 | 6A3101 | | | | | |
| | 51015 | 6C0882 | | | | | |

Net Weight(正味重量):    2392KG/CASE
Gross Weight(総重量):    2392KG/CASE
Measurement(容量)    :    16.5094CU'M/CASE
Ref.No.(製通番号)    :    16L650
Container No.    :    CRXU9841070
Seal No.    :    YML 5756427
Vanning and/or Delivery Date(出荷日): 24/03M,    2006

KUBOTA INSPECTOR 

(P. 1 / 1)

## KUBOTA

866

**KUBOTA Corporation**

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-5648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3822

**Kubota**

**INVOICE**

Invoice Date : MAR. 28, 2006

Invoice No. : T016031233

| By order and for account and risk of:<br>MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS<br>ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | ---N/M--- |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
|---|---|
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH - CA | Via |

| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |
|---|---|

Payment Terms
TTR(4M) AFT SHP M

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | CIP LONG BEACH - CA<br>(@USD) | | (USD) |
| 16J87901 4500137011   3C59100000 M9540DTC ** | 3 NO(S) | 21,991.90 | 65,975.70 |
| TOTAL : | 3 NO(S) | | USD 65,975.70 |
| | INSURANCE PREMIUM<br>OCEAN FREIGHT | | USD 45.00<br>USD 1,625.00 |

E. & O. E.
KUBOTA

887

**KUBOTA Corporation**

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3622



## PACKING LIST

Invoice Date : MAR. 28, 2006

Invoice No. : T016031233

| By order and for account and risk of: MESSRS. | | Marks & Nos. |
|---|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES, CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | | ——N/M—— |

| Shipped per CHEROKEE BRIDGE | Voy No. 18E |
|---|---|
| On or about MAR. 30, 2006 | From TOKYO, JAPAN |
| To LONG BEACH – CA | Via |

| Thence convey to / Final destination JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |
|---|---|

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Net Weight(KGS) (KGS) | Gross Weight(KGS) (KGS) | Measurement(M3) (M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | | | |
| 3C59100000  M9540DTC ** | @1 I.CRATE (1 NO)<br>3 I.CRATE | @2,308<br>6,924 | @2,444<br>7,332 | @12.839000<br>38.517000 |
| TOTAL : | 3 I.CRATES | 6,924 KGS | 7,332 KGS | 38.517000 M3 |

E. & O. E.
KUBOTA

888

# K U B O T A
## NOTIFICATION OF SERIAL NUMBERS
## 車台（製造）番号報告書

出荷報告書
伝　票 No.—783953

### KUBOTA Corporation
2-47,Shikitsuhigashi 1-chome Naniwaku Osaka,556-0012 Japan.
CABLE ADDRESS:IRONKUBOTA OSAKA
TELEX:5267610 KUBOTA J
FAX:06(6648)3521
CASE MARK:(荷印):
MADE IN JAPAN

We hereby notify that the following products have
been shipped per below mentioned vessel, and that
the serial numbers of those are as follows.

INVOICE NO.（インボイスNo.）:T016031233
CONTRACT NO. （契約No） :
COMMODITY(商品名)      :
MODEL(機種名)      :M9540DTQ        3SET(S)
NATION(国名)      :USA

| Ocean vessel | Voy.No. | Shipping port and date | Destination port and ETA |
|---|---|---|---|

| C/No (型式) | Chassis No (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) | C/No (型式) | Chassis No. (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) |
|---|---|---|---|---|---|---|---|
|  | 51037 | 6C2411 |  |  |  |  |  |
|  | 51076 | 6C1616 |  |  |  |  |  |
|  | 51417 | 6C2353 |  |  |  |  |  |

Net Weight(正味重量):      2308KG/CASE
Gross Weight(総重量):      2444KG/CASE
Measurement(容量)     :    13.0663CU'M/CASE
Ref.No.(製通番号)     :    16J879
Container No.     :    YMLU8190019
Seal No.     :    YML 5756513
Vanning and/or Delivery Date(出荷日):  22/03M,     2006

KUBOTA
INSPECTOR


(P. 1 / 1)

**KUBOTA**

891

## KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX : 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX : 03-3245-3822



**INVOICE**

Invoice Date : MAR. 28, 2006

Invoice No. : T016031336

| By order and for account and risk of:<br>MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | ---N/M--- |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
|---|---|
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH - CA | Via |

| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |
|---|---|
| Payment Terms<br>TTR(4M) AFT SHP M | |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | CIP LONG BEACH - CA | (@USD) | (USD) |
| 16L65401 4500139119  3C59100000 M9540DTC ** | 3 NO(S) | 21,991.90 | 65,975.70 |
| TOTAL : | 3 NO(S) | | USD 65,975.70 |

INSURANCE PREMIUM        USD 45.00
OCEAN FREIGHT            USD 1,625.00

E. & O. E.
KUBOTA

## KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3822



Invoice Date : MAR. 28, 2006

## PACKING LIST   Invoice No. : T016031336

| By order and for account and risk of:<br>MESSRS. | | Marks & Nos. |
|---|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | | ---N/M--- |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
|---|---|
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH ~ CA | Via |

| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN | REMARKS<br>O/P NO HO-0186<br>DD April 1st,1996<br>coverd by The Fuji Fire and<br>Marine Insurance Company Limited. |
|---|---|---|

| Description of Goods | Quantity | Net Weight(KGS)<br>(KGS) | Gross Weight(KGS)<br>(KGS) | Measurement(M3)<br>(M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | | | |
| 3C59100000  M9540DTC ** | @1 I.CRATE (1 NO)<br>3 I.CRATE | @2,308<br>6,924 | @2,444<br>7,332 | @12.839000<br>38.517000 |
| TOTAL : | 3 I.CRATES | 6,924 KGS | 7,332 KGS | 38.517000 M3 |

E. & O. E.
KUBOTA

# K U B O T A
## NOTIFICATION OF SERIAL NUMBERS
## 車台（製造）番号報告書

出荷報告書
伝　票 No.―787519

## KUBOTA Corporation
2-47, Shikitsuhigashi 1-chome Naniwaku Osaka, 556-0012 Japan.
CABLE ADDRESS: IRONKUBOTA OSAKA
TELEX: 5267610 KUBOTA J
FAX: 06 (6648) 3521
CASE MARK: (荷印):
MADE IN JAPAN

We hereby notify that the following products have
been shipped per below mentioned vessel, and that
the serial numbers of those are as follows.

INVOICE NO. (インボイスNo.) :T016031336
CONTRACT NO. （契約No） :
COMMODITY(商品名) :
MODEL(機種名)　　 :M9540DTQ　　　3SET(S)
NATION(国名)　　　 :USA

| Ocean vessel | Voy. No. | Shipping port and date | | Destination port and ETA | | | |
|---|---|---|---|---|---|---|---|

| C/No (型式) | Chassis No (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) | C/No (型式) | Chassis No (車台番号) | Engine No (エンジン番号) | Rops No. (ロプス番号) |
|---|---|---|---|---|---|---|---|
| | 51060 | 6C2199 | | | | | |
| | 51088 | 6C1480 | | | | | |
| | 51092 | 6C1862 | | | | | |

Net Weight(正味重量):　　2308KG/CASE
Gross Weight(総重量):　　2444KG/CASE
Measurement(容量)　　:　　13.0663CU'M/CASE
Ref. No.(製通番号)　　:　 16L654
Container No.　　　　:　TGHU8035818
Seal No.　　　　　　 :　YML 5756430
Vanning and/or Delivery Date(出荷日): 25/03M,　　　2006

KUBOTA
INSPECTOR


(P. 1 / 1)

**KUBOTA**

917

# KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3822



## INVOICE

**Invoice Date:** MAR. 28, 2006

**Invoice No. :** T016031232

| By order and for account and risk of: MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | ----N/M---- |

| Shipped per | Voy No. |
|---|---|
| CHEROKEE BRIDGE | 16E |

| On or about | From |
|---|---|
| MAR. 30, 2006 | TOKYO, JAPAN |

| To | Via |
|---|---|
| LONG BEACH - CA | |

| Thence convey to / Final destination | COUNTRY OF ORIGIN : JAPAN |
|---|---|
| JEFFERSON, GA | |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

Payment Terms
TTR(4M) AFT SHP M

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | CIP LONG BEACH - CA | (@USD) | (USD) |
| 16J84501 4500136974   3C58100000 M9540FC ** | 3 NO(S) | 20,373.99 | 61,121.97 |
| TOTAL : | 3 NO(S) | | USD 61,121.97 |

INSURANCE PREMIUM          USD 41.69
OCEAN FREIGHT              USD 1,625.00

E. & O. E.

KUBOTA

**KUBOTA Corporation**

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX : 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX : 03-3245-3822

 **Kubota**

**PACKING LIST**

Invoice Date : MAR. 28, 2006

Invoice No. : T016031232

| By order and for account and risk of:<br>MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | ---N/M--- |

| Shipped per | Voy No. |
|---|---|
| CHEROKEE BRIDGE | 16E |

| On or about | From |
|---|---|
| MAR. 30, 2006 | TOKYO, JAPAN |

| To | Via |
|---|---|
| LONG BEACH - CA | |

| Thence convey to / Final destination | COUNTRY OF ORIGIN : JAPAN |
|---|---|
| JEFFERSON, GA | |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Net Weight(KGS) | Gross Weight(KGS) | Measurement(M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | (KGS) | (KGS) | (M3) |
| 3C58100000  M9540FC ** | @1 I.CRATE (1 NO)<br>3 I.CRATE | @2,171<br>6,513 | @2,394<br>7,182 | @12.839000<br>38.517000 |
| TOTAL : | 3 I.CRATES | 6,513 KGS | 7,182 KGS | 38.517000 M3 |

E. & O. E.

**KUBOTA**

# K U B O T A
## NOTIFICATION OF SERIAL NUMBERS
## 車台（製造）番号報告書

出荷報告書
伝　票 No.――783948

### KUBOTA Corporation
2-47, Shikitsuhigashi 1-chome Naniwaku Osaka, 556-0012 Japan.
CABLE ADDRESS: IRONKUBOTA OSAKA
TELEX:5267610 KUBOTA J
FAX:06(6648)3521
CASE MARK:(荷印)：
MADE IN JAPAN

We hereby notify that the following products have been shipped per below mentioned vessel, and that the serial numbers of those are as follows.

INVOICE NO.(インボイスNo.) :TO16031232
CONTRACT NO. (契約No.) :
COMMODITY(商品名) :
MODEL(機種名)　　　　:M9540Q　　　　3SET(S)
NATION(国名)　　　　:USA

| Ocean vessel | Voy.No. | Shipping port and date | Destination port and ETA |
|---|---|---|---|

| C/No (型式) | Chassis No. (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) | C/No (型式) | Chassis No. (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) |
|---|---|---|---|---|---|---|---|
| | 10152 | 6C1723 | | | | | |
| | 10155 | 6C1869 | | | | | |
| | 10156 | 6C1488 | | | | | |

Net Weight(正味重量):　　2171KG/CASE
Gross Weight(総重量):　　2394KG/CASE
Measurement(容量)　:　　12.83906CU'M/CASE
Ref.No.(製通番号)　:　　16J845
Container No.　　　:　　YMLU8131839
Seal No.　　　　　　:　　YML 5756506
Vanning and/or Delivery Date(出荷日): 22/03M,　　2006

KUBOTA
INSPECTOR


(P. 1 / 1)

KUBOTA

943

## KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3822



**INVOICE**

Invoice Date : MAR. 28, 2006

Invoice No. : T016031229

| By order and for account and risk of: MESSRS. | | Marks & Nos. |
|---|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | | ---N/M--- |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
|---|---|
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH - CA | Via |
| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |
| Payment Terms<br>TTR(4M) AFT SHP M | |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | CIP LONG BEACH - CA<br>(@USD) | (USD) |
| 16J82101 4500138949    3C57100000 M8540DTC ** | 3 NO(S) | 20,788.87 | 62,366.61 |
| TOTAL : | 3 NO(S) | | USD 62,366.61 |
| | | INSURANCE PREMIUM | USD 42.53 |
| | | OCEAN FREIGHT | USD 1,625.00 |

E. & O. E.
**KUBOTA**

**KUBOTA Corporation**

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX : 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX : 03-3245-3822



Invoice Date : MAR. 28, 2006

## PACKING LIST

Invoice No. : T016031229

| By order and for account and risk of: MESSRS. | | Marks & Nos. |
|---|---|---|
| MARUBENI AMERICA CORPORATION 515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A. (562)435-3722 (562)432-8443 | | ----N/M---- |

| Shipped per CHEROKEE BRIDGE | Voy No. 16E |
|---|---|
| On or about MAR. 30, 2006 | From TOKYO, JAPAN |
| To LONG BEACH ~ CA | Via |
| Thence convey to / Final destination JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Net Weight(KGS) | Gross Weight(KGS) | Measurement(M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | (KGS) | (KGS) | (M3) |
| 3C57100000  M8540DTC ** | @1 I.CRATE (1 NO) | @2,308 | @2,444 | @12.839000 |
| | 3 I.CRATE | 6,924 | 7,332 | 38.517000 |
| TOTAL : | 3 I.CRATES | 6,924 KGS | 7,332 KGS | 38.517000 M3 |

E. & O. E.

KUBOTA

967

# K U B O T A
## NOTIFICATION OF SERIAL NUMBERS
## 車台（製造）番号報告書

出荷報告書
伝 票 No.—783879

## KUBOTA Corporation
2-47, Shikitsuhigashi 1-chome Naniwaku Osaka, 556-0012 Japan.
CABLE ADDRESS: IRONKUBOTA OSAKA
TELEX: 5267610 KUBOTA J
FAX: 06 (6648) 3521
CASE MARK: (荷印):
MADE IN JAPAN

We hereby notify that the following products have
been shipped per below mentioned vessel, and that
the serial numbers of those are as follows.

INVOICE NO. (インボイスNo.) : TO16031229
CONTRACT NO. (契約No) :
COMMODITY (商品名) :
MODEL (機種名) : M8540DTQ        3SET(S)
NATION (国名) : USA

| Ocean vessel | Voy. No. | Shipping port and date | Destination port and ETA |
|---|---|---|---|

| C/No (型式) | Chassis No. (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) | C/No (型式) | Chassis No. (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) |
|---|---|---|---|---|---|---|---|
| | 50680 | 6C2942 | | | | | |
| | 50695 | 6C2423 | | | | | |
| | 50699 | 6C2422 | | | | | |

Net Weight (正味重量): 2308KG/CASE
Gross Weight (総重量): 2444KG/CASE
Measurement (容量)    : 12.839CU'M/CASE
Ref. No. (製通番号)   : 16J821
Container No.         : CRXU9505408
Seal No.              : YML 5600928
Vanning and/or Delivery Date (出荷日): 22/03M,    2006

KUBOTA
INSPECTOR 

(P. 1 / 1)

**KUBOTA**

## KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8501 JAPAN
FAX : 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX : 03-3245-3822



**INVOICE**

Invoice Date : MAR. 28, 2006

Invoice No. :   T016031370

| By order and for account and risk of :<br>MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS<br>ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | ----N/M---- |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>18E |
|---|---|
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH - CA | Via |

| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |
|---|---|

**Payment Terms**
TTR(4M) AFT SHP M

**REMARKS**
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | CIP LONG BEACH - CA | (@USD) | (USD) |
| 16J82801 4500136956    3C57100000 M8540DTC | 3 NO(S) | 20,788.87 | 62,366.61 |
| TOTAL : | 3 NO(S) | | USD 62,366.61 |

INSURANCE PREMIUM       USD 42.53
OCEAN FREIGHT        USD 1,825.00

KUBOTA & O. E.

991

## KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3822



**PACKING LIST**

Invoice Date : MAR. 28, 2006

Invoice No. :  T016031370

| By order and for account and risk of:<br>MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS<br>ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | ---N/M--- |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
|---|---|
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH -- CA | Via |

| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |
|---|---|

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Net Weight(KGS) | Gross Weight(KGS) | Measurement(M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | (KGS) | (KGS) | (M3) |
| 3C57100000  M8540DTC | @1 UNIT (1 NO)<br>3 UNIT | @2,392<br>7,176 | @2,392<br>7,176 | @16.509000<br>49.527000 |
| TOTAL : | 3 UNITS | 7,176 KGS | 7,176 KGS | 49.527000 M3 |

KUBOTA & O. E.

992

## KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX : 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3822

 **Kubota**

## INVOICE

Invoice Date : MAR. 28, 2006

Invoice No. : TO16031231

| By order and for account and risk of: MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | ----N/M---- |

| Shipped per CHEROKEE BRIDGE | Voy No. 16E |
|---|---|
| On or about MAR. 30, 2006 | From TOKYO, JAPAN |
| To LONG BEACH - CA | Via |

| Thence convey to / Final destination JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |
|---|---|
| Payment Terms TTR(4M) AFT SHP M | |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | CIP LONG BEACH - CA | (@USD) | (USD) |
| 16J83601 4500136965   3C77100000 M8540HDC ** | 3 NO(S) | 21,456.10 | 64,368.30 |
| TOTAL : | 3 NO(S) | | USD 64,368.30 |

| | |
|---|---|
| INSURANCE PREMIUM | USD 43.90 |
| OCEAN FREIGHT | USD 1,625.00 |

E. & O. E.

## KUBOTA

1015

KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX : 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX : 03-3245-3822



Invoice Date : MAR. 28, 2006

PACKING LIST    Invoice No.  :    T016031231

| By order and for account and risk of: MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | ----N/M---- |

| Shipped per | Voy No. |
|---|---|
| CHEROKEE BRIDGE | 16E |

| On or about | From |
|---|---|
| MAR. 30, 2006 | TOKYO, JAPAN |

| To | Via |
|---|---|
| LONG BEACH - CA | |

| Thence convey to / Final destination | COUNTRY OF ORIGIN : JAPAN |
|---|---|
| JEFFERSON, GA | |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Net Weight(KGS) | Gross Weight(KGS) | Measurement(M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | (KGS) | (KGS) | (M3) |
| 3C77100000  M8540HDC ** | @1 I.CRATE (1 NO) | @2,275 | @2,438 | @12.839000 |
| | 3 I.CRATE    6,825 | | 7,314 | 38.517000 |
| TOTAL : | 3 I.CRATES | 6,825 KGS | 7,314 KGS | 38.517000 M3 |

E. & O. E.

**KUBOTA**

# K U B O T A
## NOTIFICATION OF SERIAL NUMBERS
## 車台（製造）番号報告書

出荷報告書
伝 票 No.—783899

**KUBOTA Corporation**
2-47, Shikitsuhigashi 1-chome Naniwaku Osaka, 556-0012 Japan.
CABLE ADDRESS: IRONKUBOTA OSAKA
TELEX:5267610 KUBOTA J
FAX:06 (6648) 3521
CASE MARK: (荷印):
MADE IN JAPAN

We hereby notify that the following products have
been shipped per below mentioned vessel, and that
the serial numbers of those are as follows.

INVOICE NO. (インボイスNo.) : T016031231
CONTRACT NO. (契約No) :
COMMODITY(商品名) :
MODEL(機種名)          M8540DTHQ        3SET(S)
NATION(国名)           USA

| Ocean vessel | Voy. No. | Shipping port and date | Destination port and ETA |
|---|---|---|---|

| C/No (型式) | Chassis No (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) | C/No (型式) | Chassis No. (車台番号) | Engine No (エンジン番号) | Rops No. (ロプス番号) |
|---|---|---|---|---|---|---|---|
| | 50683 | 6C1365 | | | | | |
| | 50691 | 6C0601 | | | | | |
| | 50696 | 6C1084 | | | | | |

Net Weight(正味重量):    2275KG/CASE
Gross Weight(総重量):    2438KG/CASE
Measurement(容量)    :    13.0663CU'M/CASE
Ref.No.(製通番号)    :    16J836
Container No.    .:    BHCU4940820
Seal No.        :    YML 5600909
Vanning and/or Delivery Date(出荷日): 22/03M,    2006

KUBOTA
INSPECTOR    

(P. 1 / 1)

**KUBOTA**

1019

**KUBOTA Corporation**

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3822



**INVOICE**

Invoice Date: MAR. 28, 2006

Invoice No. : T016031230

By order and for account and risk of:
MESSRS.

MARUBENI AMERICA CORPORATION

515 SOUTH FIGUEROA STREET,SUITE 2000 LOS
ANGELES,CA 90071 U.S.A.
(562)435-3722
(562)432-8443

Marks & Nos.

---N/M---

| Shipped per | | |
|---|---|---|
| CHEROKEE BRIDGE | Voy No. 16E | |

On or about
MAR. 30, 2006      From TOKYO, JAPAN

To
LONG BEACH - CA      Via

Thence convey to / Final destination
JEFFERSON, GA        **COUNTRY OF ORIGIN : JAPAN**

Payment Terms
TTR(4M) AFT SHP M

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | CIP LONG BEACH - CA (@USD) | (USD) |
| 16J83501 4500136964   3C77100000 M8540HDC ** | 3 NO(S) | 21,456.10 | 64,368.30 |
| TOTAL : | 3 NO(S) | | USD 64,368.30 |
| | | INSURANCE PREMIUM | USD 43.90 |
| | | OCEAN FREIGHT | USD 1,625.00 |

E. & O. E.

**KUBOTA**

1042

# KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3822



Invoice Date : MAR. 28, 2006

## PACKING LIST    Invoice No. :  T016031230

| By order and for account and risk of :<br>MESSRS. | | Marks & Nos. |
|---|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS<br>ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | | ---N/M--- |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
|---|---|
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH -. CA | Via |

| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |
|---|---|

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Net Weight(KGS) | Gross Weight(KGS) | Measurement(M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | (KGS) | (KGS) | (M3) |
| 3C77100000  M8540HDC ** | @1 I.CRATE (1 NO)<br>3 I.CRATE | @2,275<br>6,825 | @2,438<br>7,314 | @12.839000<br>38.517000 |
| TOTAL : | 3 I.CRATES | 6,825 KGS | 7,314 KGS | 38.517000 M3 |

E. & O. E.
KUBOTA

# K U B O T A
## NOTIFICATION OF SERIAL NUMBERS
### 車台（製造）番号報告書

出荷報告書
伝 票 No.――783884

**KUBOTA Corporation**
2-47, Shikitsuhigashi 1-chome Naniwaku Osaka, 556-0012 Japan.
CABLE ADDRESS: IRONKUBOTA OSAKA
TELEX: 5267610 KUBOTA J
FAX: 06 (6648) 3521
CASE MARK: (荷印):
MADE IN JAPAN

We hereby notify that the following products have
been shipped per below mentioned vessel, and that
the serial numbers of those are as follows.

INVOICE NO. (インボイスNo.) : TO16031230
CONTRACT NO. (契約No) :
COMMODITY (商品名)    : M8540DTHQ        3SET(S)
MODEL (機種名)        : USA
NATION (国名)         :

| Ocean vessel  Voy. No. | C/No (型式) | Chassis No. (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) | Shipping port and date / C/No (型式) | Destination port and ETA / Chassis No. (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) |
|---|---|---|---|---|---|---|---|---|
| | | 50677 | 6C1473 | | | | | |
| | | 50678 | 6C1288 | | | | | |
| | | 50679 | 6C1287 | | | | | |

Net Weight (正味重量) :    2275KG/CASE
Gross Weight (総重量) :    2438KG/CASE
Measurement (容量) :     13.0663CU'M/CASE
Ref.No. (製造番号) :      16J835
Container No.           CRXU9829536
Seal No.               YML 5600920
Vanning and/or Delivery Date (出荷日): 22/03M,    2006

KUBOTA
INSPECTOR                        (P. 1 / 1)

**KUBOTA**

## KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3822



### INVOICE

Invoice Date : MAR. 28, 2006

Invoice No. : T016031227

| By order and for account and risk of: MESSRS. | | Marks & Nos. |
|---|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | | ---N/M--- |

| Shipped per | Voy No. |
|---|---|
| CHEROKEE BRIDGE | 16E |

| On or about | From |
|---|---|
| MAR. 30, 2006 | TOKYO, JAPAN |

| To | Via |
|---|---|
| LONG BEACH - CA | |

| Thence convey to / Final destination | COUNTRY OF ORIGIN : JAPAN |
|---|---|
| JEFFERSON, GA | |

| Payment Terms |
|---|
| TTR(4M) AFT SHP M |

REMARKS
O/P NO HO-0186
DD April 1st,1996
.coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | CIP LONG BEACH - CA<br>(@USD) | (USD) |
| 16M67601 4500140286   3C23100000 M6040HD | 10 NO(S) | 14,583.55 | 145,835.50 |
| TOTAL : | 10 NO(S) | | USD 145,835.50 |

| | | |
|---|---|---|
| INSURANCE PREMIUM | | USD 99.46 |
| OCEAN FREIGHT | | USD 1,625.00 |

E. & O. E.
KUBOTA

## KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3622



**PACKING LIST**

Invoice Date : MAR. 28, 2006

Invoice No. : T016031227

| By order and for account and risk of: MESSRS. | | Marks & Nos. |
|---|---|---|
| MARUBENI AMERICA CORPORATION 515 SOUTH FIGUEROA STREET,SUITE 2000 LOS ANGELES,CA 90071 U.S.A. (562)435-3722 (562)432-8443 | | ——N/M—— |

| Shipped per CHEROKEE BRIDGE | Voy No. 16E |
|---|---|
| On or about MAR. 30, 2006 | From TOKYO, JAPAN |
| To LONG BEACH — CA | Via |

| Thence convey to / Final destination JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN | REMARKS O/P NO HO-0186 DD April 1st,1996 coverd by The Fuji Fire and Marine Insurance Company Limited. |
|---|---|---|

| Description of Goods | Quantity | Net Weight(KGS) (KGS) | Gross Weight(KGS) (KGS) | Measurement(M3) (M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | | | |
| 3C23100000   M8040HD | @1 I.CRATE (1 NO) 10 I.CRATE | @1,728 17,280 | @1,898 18,980 | @5.001000 50.010000 |
| TOTAL : | 10 I.CRATES | 17,280 KGS | 18,980 KGS | 50.010000 M3 |

E. & O. E.
KUBOTA

1067

# K U B O T A
## NOTIFICATION OF SERIAL NUMBERS
## 車台（製造）番号報告書

出荷報告書
伝 票 No. --783859

### KUBOTA Corporation
2-47, Shikitsuhigashi 1-chome Naniwaku Osaka, 556-0012 Japan.
CABLE ADDRESS: IRONKUBOTA OSAKA
TELEX: 5267610 KUBOTA J
FAX: 06 (6648) 3521
CASE MARK: (荷印):
MADE IN JAPAN

We hereby notify that the following products have
been shipped per below mentioned vessel, and that
the serial numbers of those are as follows.

INVOICE NO. (インボイスNo.) : T016031227
CONTRACT NO. (契約No) :
COMMODITY(商品名) :
MODEL(機種名) : M6040DTH          10SET(S)
NATION(国名) : USA

| Ocean vessel | Voy. No. | Shipping port and date | | | | Destination port and ETA | | |

| C/No (型式) | Chassis No. (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) | C/No (型式) | Chassis No. (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) |
|---|---|---|---|---|---|---|---|
| | 50251 | 6A0716 | 52487 | | | | |
| | 50301 | 6C0666 | 52271 | | | | |
| | 50325 | 6C0785 | 52455 | | | | |
| | 50350 | 6A0117 | 52446 | | | | |
| | 50431 | 6C0014 | 52528 | | | | |
| | 50489 | 6C0007 | 52286 | | | | |
| | 50511 | 6C0443 | 52430 | | | | |
| | 50517 | 6C0016 | 52472 | | | | |
| | 50526 | 6C0178 | 52503 | | | | |
| | 50527 | 6C0179 | 52525 | | | | |

Net Weight(正味重量): 1728KG/CASE
Gross Weight(総重量): 1898KG/CASE
Measurement(容量) : 4.9414CU' M/CASE
Ref. No.(製通番号) : 16M676
Container No. : TRLU8116442
Seal No. : YML 5600932
Vanning and/or Delivery Date(出荷日): 22/03M,    2006

KUBOTA INSPECTOR 

(P. 1 / 1)

**KUBOTA**

1070

**KUBOTA Corporation**

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3822

 **Kubota**

## INVOICE

Invoice Date : MAR. 28, 2006

Invoice No. : T016031226

| By order and for account and risk of:<br>MESSRS. | Marks & Nos. |
|---|---|
| MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS<br>ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | ----N/M---- |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
|---|---|
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH – CA | Via |
| Thence convey to / Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |
| Payment Terms<br>TTR(4M) AFT SHP M | |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | CIP LONG BEACH – CA | (@USD) | (USD) |
| 16M65601 4500140266   3C01100000 M5040DT | 10 NO(S) | 13,102.29 | 131,022.90 |
| TOTAL : | 10 NO(S) | | USD 131,022.90 |

| | |
|---|---|
| INSURANCE PREMIUM | USD 89.36 |
| OCEAN FREIGHT | USD 1,825.00 |

E. & O. E.

**KUBOTA**

KUBOTA Corporation

Osaka Head Office
2-47,SHIKITSUHIGASHI 1-CHOME,
NANIWA-KU,OSAKA,556-8601 JAPAN
FAX: 06-6648-3521

Tokyo Head Office
1-3,NIHONBASHI-MUROMACHI 3-CHOME,
CHUO-KU,TOKYO,103-8310 JAPAN
FAX: 03-3245-3822



Invoice Date : MAR. 28, 2006

## PACKING LIST    Invoice No. :  T016031226

| By order and for account and risk of:<br>MESSRS.<br><br>MARUBENI AMERICA CORPORATION<br><br>515 SOUTH FIGUEROA STREET,SUITE 2000 LOS<br>ANGELES,CA 90071 U.S.A.<br>(562)435-3722<br>(562)432-8443 | Marks & Nos.<br><br><br>———N/M——— |

| Shipped per<br>CHEROKEE BRIDGE | Voy No.<br>16E |
| On or about<br>MAR. 30, 2006 | From<br>TOKYO, JAPAN |
| To<br>LONG BEACH – CA | Via |
| Thence convey to/Final destination<br>JEFFERSON, GA | COUNTRY OF ORIGIN : JAPAN |

REMARKS
O/P NO HO-0186
DD April 1st,1996
coverd by The Fuji Fire and
Marine Insurance Company Limited.

| Description of Goods | Quantity | Net Weight(KGS) | Gross Weight(KGS) | Measurement(M3) |
|---|---|---|---|---|
| KUBOTA NEW AGRICULTURAL TRACTORS | | (KGS) | (KGS) | (M3) |
| SC01100000  M5040DT | @1 I.CRATE (1 NO)<br>10 I.CRATE | @1,728<br>17,280 | @1,898<br>18,980 | @5.001000<br>50.010000 |
| TOTAL : | 10 I.CRATES | 17,280 KGS | 18,980 KGS | 50.010000 M3 |

E. & O. E.
**KUBOTA**

# K U B O T A
## NOTIFICATION OF SERIAL NUMBERS
### 車台（製造）番号報告書

出荷報告書
伝　票 No.――783839

## KUBOTA Corporation
2-47, Shikitsuhigashi 1-chome Naniwaku Osaka, 556-0012 Japan.
CABLE ADDRESS: IRONKUBOTA OSAKA
TELEX: 5267610 KUBOTA J
FAX: 06 (6648) 3521
CASE MARK: (荷印):
MADE IN JAPAN

We hereby notify that the following products have
been shipped per below mentioned vessel, and that
the serial numbers of those are as follows.

INVOICE NO. (インボイスNo.) : TO16031226
CONTRACT NO. (契約No) :
COMMODITY(商品名) :
MODEL(機種名) : M5040DT        10SET(S)
NATION(国名) : USA

| Ocean vessel | Voy.No. | Shipping port and date | Destination port and ETA |
|---|---|---|---|

| C/No (型式) | Chassis No (車台番号) | Engine No. (エンジン番号) | Rops No. (ロプス番号) | C/No (型式) | Chassis No (車台番号) | Engine No (エンジン番号) | Rops No. (ロプス番号) |
|---|---|---|---|---|---|---|---|
| | 50295 | 6A0513 | 52387 | | | | |
| | 50392 | 6A0050 | 52400 | | | | |
| | 50396 | 6A0007 | 52376 | | | | |
| | 50412 | 6A0464 | 52341 | | | | |
| | 50667 | 6C0494 | 52316 | | | | |
| | 50670 | 6C0298 | 52320 | | | | |
| | 50681 | 6C0633 | 52458 | | | | |
| | 50683 | 6C0720 | 52456 | | | | |
| | 50686 | 6C0367 | 52467 | | | | |
| | 50691 | 6C0365 | 52509 | | | | |

Net Weight(正味重量): 1728KG/CASE
Gross Weight(総重量): 1898KG/CASE
Measurement(容量) : 5.0002312CU'M/CASE
Ref.No.(製通番号) : 16M656
Container No. : YMLU8223405
Seal No. : YML 5600903
Vanning and/or Delivery Date(出荷日): 22/03M, 2006

KUBOTA
INSPECTOR 

(P. 1 / 1)

**KUBOTA**

1129