

**GAB Robins**
GAB Robins North America, Inc.

510 PLAZA SQUARE BUILDING
4360 CHAMBLEE DUNWOODY RD
ATLANTA, GA, 30341
T : 770-457-9555
F : 770-458-2673

## SERVICE INVOICE

405066
SOMPO JAPAN INS CO OF AMERICA
MR. JOSEPH COSTANZO c/o:
TWO WORLD FIN'L CENTER
225 LIBERTY STREET
NEW YORK, NY 102811058

**Wire Transfer Information:**
Citibank Delaware
1 Penns Way
New Castle, DE. 19720
ABA routing # 031100209
Account # 3863-0067
Name: GAB Robins NA Inc.
By order of: SOMPO JAPAN INS CO OF AMERICA
Fax Wire Details: 973-993-3221

---

**Invoice Number** 7021201420

**Claim Number** N914 3000

**GAB File Number** 35040-01013A

**Policy Number** HPR40056EO

**Policy Term** 09/01/2005-09/01/2006

**Agency & Location**

**Acc/Loss/Occur Location** UNKNOWN,TX

**Acc/Loss/Occur Date** 04/27/2006

**Assign Date** 05/25/2006

**Invoice Date** 12/04/06

**Catastrophe No.**

**Insured** KUBOTA TRACTOR CORPO

**Claimant** KUBOTA TRACTOR

**Loss Zip** 73301

**Type of Loss/Claim** PR

**Product Code** ICP

---

**Gross Loss**         $1,165,441.22

**FINAL BILLING**

| | |
|---|---:|
| Expenses | |
| Service | 12,576.00 |
| Miscellaneous | 306.96 |
| Sub Total | 12,882.96 |
| Taxes/Overhead | 1,068.96 |
| | |
| Total Invoice | $13,951.92 |
| | FILE COPY |

Mail Remittance To :
GAB Robins North America, Inc.
P.O. Box 7247-7162
Philadelphia, PA 19170-7162
IRS - 13-2747054

Defendant's Exhibit
2/12/08  26
BROWN & GALLO

GAB A991

(Copyright (c) 2005 GAB Robins North America, Inc., All Rights Reserved)

Version 2.0.1.5

**EXHIBIT 16**