# HITACHI, LTD.

6-6, Marunouchi 1-chome
Chiyoda-ku, Tokyo 100-8280, Japan
Tel.: Tokyo (03)3258-1111

FAX   : 046-225-8052
PHONE : 046-225-8292

## INVOICE & PACKING LIST

No. UG603201        Date MAR. 17, 2006

Consigned to Messrs:
UNISIA OF GEORGIA CORPORATION
1000 UNISIA DRIVE          PHONE : 770-207-0050
MONROE, GA 30655-5210      FAX   : 770-207-0055
U.S.A.

Payment: CASH, 90 DAYS FROM THE LAST DAY OF THE MONTH ISSUING B/L.

Order No. & Date.   88557   FEB. 23, 2006     88549   FEB. 23, 2006
                    88550   FEB. 23, 2006

Shipped by: Hitachi, Ltd.
7-1, Onna 4-chome, Atsugi-shi,
Kanagawa-ken 243-8510, Japan
Shipped per: CHEROKEE BRIDGE
Sailing on or:
About: MAR. 30, 2006
From: TOKYO
To:   ATLANTA
Via:  LONG BEACH

| Marks & No. | | Unit Price | Total Amount |
|---|---|---|---|
| U.G.C. | AUTOMOTIVE COMPONENT PARTS | FOB JAPANESE PORT | |
| ATLANTA | | U.S. $ | |
| C/NO. 03212-03216, 03244, 03246-03257, 03310, 03324-03327, 03334, 03337-03344, | | | |
| 03345-03376, 03377-03392, 03396-03408 | | | |
| MADE IN JAPAN | | | |
| C/NO. | Q'TY | U.S. $ | U.S. $ |
| 03212 03216, 03244, 03246-03257, 03310, 03324-03327, 03334, 03337-03341, | | | |
| 03345-03376, 03377-03392, 03396-03408 | | | |
| | 163,754  PCS | | 450,518.76 |
| TOTAL: 81 RETURN CRATES (3092 CARTONS) | 163,754  PCS | U.S. | $450,518.76 |
| 12 PALLETS (720 CARTONS) | | | |
| RETURN CRATES  81 CRATES | | $119.00 | $9,639.00 |
| (BXZ58  6 CRATES) | | 51.00 KG | 306.00 KG |
| -FREIGHT COLLECT- (BXZ97  75 CRATES) | | 67.00 KG | 5,025.00 KG |
| | | | RETURN CRATE IS NO COMMERCIAL VALUE VALUE FOR CUSTOMS ONLY |

Hitachi, Ltd.

N/Wt.  29,218 KGS.
G/Wt.  34,645 KGS.
M/M    95.535 M3

Y. Suzuki-Manager
Production Management Dept.
Order and Planning Sect.

INVOICE & PACKING LIST ATTACHED SHEET

INVOICE NO. UG603201                                                          Hitachi, Ltd.
                                                                                  Page 1

| ORDER NO. | C/NO | CTN/NO. | PARTS NO. | | QUANTITY | | N/WT kgs. | G/WT kgs. | U/PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 88549 | 03212 | 21 | W3711706R01 | YOKE FLG | 378 | PCS | 326.40 | 377.40 | $2.46 | $929.88 |
| 88549 | 03213 | 32 | W3711706R01 | YOKE FLG | 576 | PCS | 326.40 | 377.40 | $2.46 | $1,416.96 |
| 88549 | 03214 | 32 | W3711706R01 | YOKE FLG | 576 | PCS | 326.40 | 377.40 | $2.46 | $1,416.96 |
| 88549 | 03215 | 32 | W3711706R01 | YOKE FLG | 576 | PCS | 326.40 | 377.40 | $2.46 | $1,416.96 |
| 88549 | 03216 | 13 | W3711706R01 | YOKE FLG | 234 | PCS | 132.60 | 183.60 | $2.46 | $575.64 |
| 88549 | 03244 RETURN CRATE 26 | | C13C1220007 | BOLT-YTC | 20,800 | PCS | 214.24 | 265.24 | $0.04 | $832.00 |
| 88550 | 03246 | 30 | C13S1080001 | HOUSING SUB ASSY RH | 90 | PCS | 97.20 | 202.40 | $15.09 | $1,358.10 |
| 88550 | 03246 | 30 | C13S1090001 | HOUSING SUB ASSY LH | 90 | PCS | 97.20 | 202.40 | $15.09 | $1,358.10 |
| 88550 | PALLET | 180 | | | 180 | PCS | 194.40 | | | |
| 88550 | 03247 | 30 | C13S1080001 | HOUSING SUB ASSY RH | 90 | PCS | 97.20 | 202.40 | $15.09 | $1,358.10 |
| 88550 | 03247 | 30 | C13S1090001 | HOUSING SUB ASSY LH | 90 | PCS | 97.20 | 202.40 | $15.09 | $1,358.10 |
| 88550 | PALLET | | | | 180 | PCS | 194.40 | | | |
| 88550 | 03248 | 30 | C13S1080001 | HOUSING SUB ASSY RH | 90 | PCS | 97.20 | 202.40 | $15.09 | $1,358.10 |
| 88550 | 03248 | 30 | C13S1090001 | HOUSING SUB ASSY LH | 90 | PCS | 97.20 | 202.40 | $15.09 | $1,358.10 |
| 88550 | PALLET | | | | 180 | PCS | 194.40 | | | |
| 88550 | 03249 | 30 | C13S1080001 | HOUSING SUB ASSY RH | 90 | PCS | 97.20 | | $15.09 | $1,358.10 |
| 88550 | 03249 | 30 | C13S1090001 | HOUSING SUB ASSY LH | 90 | PCS | 97.20 | | $15.09 | $1,358.10 |
| 88550 | PALLET | | | | 180 | PCS | 194.40 | | | |
| 88550 | 03250 | 30 | C13S1080001 | HOUSING SUB ASSY RH | 90 | | 97.20 | | $15.09 | $1,358.10 |
| 88550 | 03250 | 30 | C13S1090001 | HOUSING SUB ASSY LH | 90 | | 97.20 | | $15.09 | $1,358.10 |

UNISIA

140

INVOICE NO. UG603201

INVOICE & PACKING LIST ATTACHED SHEET

Hitachi, Ltd.

Page 2

| ORDER NO. | C/NO | CTN/NO. | PARTS NO. | | QUANTITY | N/WT kgs. | G/WT kgs. | U/PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 88550 | 03251 | 1 PALLET | | | 180 PCS | 194.40 | 202.40 | | |
| 88550 | | 30 | C13S1080001 | HOUSING SUB ASSY RH | 90 | 97.20 | | $15.09 | $1,358.10 |
| 88550 | | 30 | C13S1090001 | HOUSING SUB ASSY LH | 90 | 97.20 | | $15.09 | $1,358.10 |
| 88550 | 03252 | 1 PALLET | | | 180 PCS | 194.40 | 202.40 | | |
| 88550 | | 30 | C13S1080001 | HOUSING SUB ASSY RH | 90 | 97.20 | | $15.09 | $1,358.10 |
| 88550 | | 30 | C13S1090001 | HOUSING SUB ASSY LH | 90 | 97.20 | | $15.09 | $1,358.10 |
| 88550 | 03253 | 1 PALLET | | | 180 PCS | 194.40 | 202.40 | | |
| 88550 | | 30 | C13S1080001 | HOUSING SUB ASSY RH | 90 | 97.20 | | $15.09 | $1,358.10 |
| 88550 | | 30 | C13S1090001 | HOUSING SUB ASSY LH | 90 | 97.20 | | $15.09 | $1,358.10 |
| 88550 | 03254 | 1 PALLET | | | 180 PCS | 194.40 | 202.40 | | |
| 88550 | | 30 | C13S1080001 | HOUSING SUB ASSY RH | 90 | 97.20 | | $15.09 | $1,358.10 |
| 88550 | | 30 | C13S1090001 | HOUSING SUB ASSY LH | 90 | 97.20 | | $15.09 | $1,358.10 |
| 88550 | 03255 | 1 PALLET | | | 180 PCS | 194.40 | 202.40 | | |
| 88550 | | 30 | C13S1080001 | HOUSING SUB ASSY RH | 90 | 97.20 | | $15.09 | $1,358.10 |
| 88550 | | 30 | C13S1090001 | HOUSING SUB ASSY LH | 90 | 97.20 | | $15.09 | $1,358.10 |
| 88550 | 03256 | 30 | C13S1080001 | HOUSING SUB ASSY RH | 90 | 97.20 | | $15.09 | $1,358.10 |
| 88550 | 03257 | 1 PALLET | | | 180 PCS | | | | |
| 88550 | | 30 | C13S1090001 | HOUSING SUB ASSY LH | 90 | 97.20 | 202.40 | $15.09 | $1,358.10 |
| 88550 | 03310 | 1 RETURN CRATE 26 | B371550103 | SFT ASSY STUB | 364 | 402.74 | 459.74 | $9.80 | $3,567.20 |
| 88550 | 03324 | 1 RETURN CRATE 36 | C13C1290030 | BODY-VTC | 1,440 1,440 PCS | 424.80 424.80 | 491.80 | $2.00 | $2,880.00 |

UNISIA

141

INVOICE NO. UG603201   INVOICE & PACKING LIST ATTACHED SHEET   Hitachi, Ltd.

Page 4

| ORDER NO. | C/NO | CTN/NO. | PARTS NO. | | QUANTITY | | N/WT kgs. | G/WT kgs. | U/PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 88550 | 03344 | 23 | B3711400100 | YOKE BALL | 414 | PCS | 207.00 | | $3.16 | $1,308.24 |
| 88557 | 03344 | 23 | B1302542501 | VTC ASSY | 150 | | 213.00 | | $25.50 | $3,825.00 |
| 88557 | 03345 | 25 | B1302542501 | VTC ASSY | 564 | PCS | 420.00 | 487.00 | $25.50 | $5,508.00 |
| 88557 | 03346 | 36 RETURN CRATE | B1302542501 | VTC ASSY | 216 216 | PCS | 306.72 306.72 | 373.72 | $25.50 | $6,120.00 |
| 88557 | 03347 | 40 RETURN CRATE | B1302542501 | VTC ASSY | 240 240 | PCS | 340.80 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03348 | 40 RETURN CRATE | B1302542501 | VTC ASSY | 240 240 | PCS | 340.80 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03349 | 40 RETURN CRATE | B1302542501 | VTC ASSY | 240 240 | PCS | 340.80 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03350 | 40 RETURN CRATE | B1302542501 | VTC ASSY | 240 240 | PCS | 340.80 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03351 | 40 RETURN CRATE | B1302542501 | VTC ASSY | 240 240 | PCS | 340.80 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03352 | 40 RETURN CRATE | B1302542501 | VTC ASSY | 240 240 | PCS | 340.80 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03353 | 40 RETURN CRATE | B1302542501 | VTC ASSY | 240 240 | PCS | 340.80 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03354 | 40 RETURN CRATE | B1302542501 | VTC ASSY | 240 240 | PCS | 340.80 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03355 | 40 RETURN CRATE | B1302542501 | VTC ASSY | 240 240 | PCS | 340.80 340.80 | 407.80 | $25.50 | $6,120.00 |

UNISIA

142

Hitachi, Ltd.

INVOICE & PACKING LIST ATTACHED SHEET

INVOICE NO. UG603201

| ORDER NO. | C/NO | CTN/NO. | PARTS NO. | | QUANTITY | N/WT kgs. | G/WT kgs. | U/PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 88557 | 03356 | 1 RETURN CRATE | 40 | B1302542501 | VTC ASSY | 240 PCS | 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03357 | 1 RETURN CRATE | 40 | B1302542501 | VTC ASSY | 240 PCS | 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03358 | 1 RETURN CRATE | 40 | B1302542501 | VTC ASSY | 240 PCS | 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03359 | 1 RETURN CRATE | 40 | B1302542501 | VTC ASSY | 240 PCS | 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03360 | 1 RETURN CRATE | 40 | B1302542501 | VTC ASSY | 240 PCS | 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03361 | 1 RETURN CRATE | 40 | B1302542501 | VTC ASSY | 240 PCS | 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03362 | 1 RETURN CRATE | 40 | B1302542501 | VTC ASSY | 240 PCS | 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03363 | 1 RETURN CRATE | 40 | B1302542501 | VTC ASSY | 240 PCS | 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03364 | 1 RETURN CRATE | 40 | B1302542501 | VTC ASSY | 240 PCS | 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03365 | 1 RETURN CRATE | 40 | B1302542501 | VTC ASSY | 240 PCS | 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03366 | 1 RETURN CRATE | 40 | B1302542501 | VTC ASSY | 240 PCS | 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03367 | 1 RETURN CRATE | 40 | B1302542501 | VTC ASSY | 240 PCS | 340.80 | 407.80 | $25.50 | $6,120.00 |
| 88557 | 03368 | | 40 | B1302542501 | VTC ASSY | 240 | 340.80 | 407.80 | $25.50 | $6,120.00 |

Page 5

UNISIA

143