

# Nippon Express
d/b/a: Arrow International

**COMBINED TRANSPORT BILL OF LADING**
NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

Received by The Carrier in apparent good order and condition except as otherwise noted herein, the goods or the container(s) or package(s) said to contain the goods herein mentioned for transportation from the place of receipt to the place of delivery subject to all the terms and conditions on the face and back hereof, whereof three (3) originals of this Bill of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

**Shipper**
HITACHI, LTD.
6-2 MARUNOUCHI 1-CHOME
CHIYODA-KU, TOKYO 100-8280, JAPAN

**B/L Number**
YOAT4406563

**Consignee**
UNISIA OF GEORGIA CORPORATION
1000 UNISIA DRIVE
MONROE, GA 30655-5210 U.S.A.
PHONE : 770-207-0050
FAX : 770-207-0055

**Export Reference**

**Forwarding Agent-Reference**
140030-4406563
YOAT 4407716     OTI LICENCE 15327N

**Notify Party**
UNISIA OF GEORGIA CORPORATION
1000 UNISIA DRIVE
MONROE, GA 30655-5210 U.S.A.
PHONE : 770-207-0050
FAX : 770-207-0055

**Point and Country of Origin**
JAPAN

**For Cargo Release Contact**
NIPPON EXPRESS U.S.A., INC.
ATLANTA BRANCH
5176 PELICAN DRIVE
ATLANTA, GA 30349 U.S.A.
PHONE: (770)996-0702 FAX: (770)996-7341

**Pre-carriage by**

**Place of Receipt**
YOKOHAMA, CY

**Ocean Vessel Voy. No.**
CHEROKEE BRIDGE 16F

**Port of Loading**
TOKYO, JAPAN

**Routing of Transportation**

**Port of Discharge**
LONG BEACH, UNITED STATES

**Place of Delivery**
MONROE, GA, DOOR

**Final Destination (for merchant's reference only)**
MONROE - GA

### Particulars Furnished by Shipper

| Marks and Numbers Container No. and Seal No. | No. of Pkgs or Containers | Description of Packages and Goods Type or Kind of Packages or Containers | Gross Weight | Measurement |
|---|---|---|---|---|
| AS PER ATTACHED SHEET | | SHIPPER'S LOAD & COUNT | 57300.00 KGS | 210.927 M3 |
| | 4 CONTAINERS | AUTOMOTIVE COMPONENT PARTS | | |
| | 74 PALLETS (=3851 CARTONS) 103 STEEL CRATES (=3719 CARTONS) ***** 177 PACKAGES (=7570 PIECES) | INVOICE NO. UG603201, UG603102, UG602403, UG631R02, UG63X102, UG62X402, UG63X201 ORDER NO. 88657, 88549, 88550, 88556, 88234, 87918, 88353, 88449, 88352, 88461, 88114, 88460, 88223, 88627, 88022 | | |
| ( CONTAINER NO ) ( SEAL NO ) AS PER ATTACHED SHEET | | Shipper's load and count. Cargo covered by this Bill of Lading has been palletized by the shipper and shipper has arranged for the consignee and/or receiver to take delivery of this shipment on the same pallets received from the shipper by the carrier. FREIGHT COLLECT SAY: FOUR (4) CONTAINERS ONLY | | |

TRIPLICATE

Declared Value USD _____
If Merchant enters a value, the Ad Valorem rate will be charged (See Clause 8.2(a)):
These commodities licensed by U.S. for ultimate destination    Diversion contrary to U.S. Law prohibited

| Freight & Charges | R/T | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| T NO. 870899810475 A.F. | 4086DRY | @US$ 3975.00 | VAN | | US$ 15,900.00 |
| AMEDA CORRIDOR CHARGE | 4086DRY | @US$ 590.00 | VAN | | US$ 2,360.00 |
| S SURCHARGE | 4086DRY | @US$ 33.00 | VAN | | US$ 132.00 |
| | 1.000 | @¥ 3,600.00 | B/L | ¥ 3,600 | |
| RMINAL HANDLING CHARGE | 4086DRY | @¥ 29,000 | VAN | ¥ 116,000 | |
| TAL | | | USD | | 18,392.00 |
| | | | JPY | 119,500 | |

| Prepaid at | Payable at | Place of B(s)/L issue | Dated |
|---|---|---|---|
| 2400 | DESTINATION | YOKOHAMA | MAR. 3 1. 2006 |
| Total Prepaid in Yen ¥ 119,500 | No. of original B(s)/L THREE (3) | IN WITNESS WHEREOF three (3) original Bills of Lading have been signed, unless otherwise stated herein, one of which being accomplished, the others shall be void. | |

Laden on board the Vessel
CHEROKEE BRIDGE
TOKYO, JAPAN

Date : MAR. 3 1. 2006

AS CARRIER
NIPPON EXPRESS U.S.A. (ILLINOIS), INC.

NIPPON EXPRESS CO., LTD.

UNISIA

156

**EXHIBIT 29**

## ATTACHED SHEET (MARK & NUMBERS)

Y0AT4406563

U.G.C.
ATLANTA
C/NO. 02X35
MADE IN JAPAN

U.G.C.
ATLANTA
C/NO. 03X01
MADE IN JAPAN

U.G.C.
ATLANTA
C/NO. 03X14-03X18, 03X23-03X25
MADE IN JAPAN

U.G.C.
ATLANTA
C/NO. 03803, 03805-03806, 03815
MADE IN JAPAN

U.G.C.
ATLANTA
C/NO. 01522, 02623, 02702, 02820,
02898-02899
MADE IN JAPAN

U.G.C.
ATLANTA
C/NO. 03040-03045, 03047,
03068-03099, 03100-03109,
03110-03117, 03136-03137,
03190, 03195-03197, 03210
MADE IN JAPAN

U.G.C.
ATLANTA
C/NO. 03212-03216, 03244,
03246-03257, 03310, 03324-03327,
03334, 03337-03344, 03345-03376,
03377-03392, 03396-03408
MADE IN JAPAN

## ATTACHED SHEET (DESCRIPTION)

Y0AT4406563

| CONTAINER NO | SEAL NO | CONTAINER TYPE |
|---|---|---|
| TEXU7204601 | YML5792837 | 40 86 DRY |
| YMLU4455172 | YML5792974 | 40 86 DRY |
| YMLU4745947 | YML5792961 | 40 86 DRY |
| YMLU4892676 | YML5492810 | 40 86 DRY |

RECEIVED
SEP 19 2006
SJGSA-NY