

UNISIA OF GEORGIA CORPORATION
1000 Unisia Drive
Monroe, Georgia 30655
Tel: 770-207-0050
Fax 770-207-0055

GEORGIA, U.S.A.

December 20, 2006

Christopher I. Perfect
Manager Marine and Logistics Unit
Sompo Japan Claim Services (America) Inc.
2 World Financial Center, 43rd Floor
New York, N.Y. 10281

## Certificate of Destruction

| SJCSA Reference Number: | 0034109 | | Original ETA | 4/21/2006 |
|---|---|---|---|---|
| Claimant Reference Number: | UG603102, UG603201 | | Claimed filed on 7/21/2006 | |

Dear Mr. Perfect:

Please accept this letter as certification that all parts related to the above referenced claims have been destroyed and are no longer viable. As addendum to our certification, please accept the attached documents/pictures on the enclosed CD to reference the parts destroyed.

Should you require any additional information, please do not hesitate to call at your convenience.

Sincerely,

Akiko Hoover
Purchasing Manager
Unisia of Georgia Corporation

Enclosures

**RECEIVED**
DEC 2 7 2006
**SJCSA – NY**

UNISIA

5

**EXHIBIT 31**