DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SOMPO JAPAN INSURANCE COMPANY OF
AMERICA and SOMPO JAPAN INSURANCE,
INC.

         *Plaintiffs,*

- against -

NORFOLK SOUTHERN RAILWAY COMPANY,
NORFOLK SOUTHERN CORPORATION and
THE KANSAS CITY RAILWAY COMPANY

         *Defendants.*
------------------------------------x

07 Civ. 2735 (DC)

**DECLARATION OF AKIKO HOOVER**

Akiko Hoover, declares:

1. A space was left in my deposition transcript at page 50 regarding whether any salvage was received by Unisia of Georgia for the autoparts damaged in the train wreck.

2. I have made investigation and find no record of Unisia receiving salvage for the particular autoparts damaged.

3. Moreover, if any salvage had been obtained, it would have been *de minimis*. I estimate any salvage would have been a maximum of $3,503.09 based on the weight of the parts which were metal and scrap prices. (My calculations are attached as Exhibit A.)

I declare the foregoing is true under the penalty of perjury under the laws of the United States.

**EXHIBIT 32**

Monroe, Georgia
February 25, 2009

_____
Akiko Hoover

F://WP-Docs/2503.81/022309 Hoover Declaration.doc

| Part | P/N | QTY | Weight/pc(kg) | Total weight (KG) | Total weight (LB) | Salvage Value (per LB) | Total Salvage Value |
|---|---|---|---|---|---|---|---|
| HOUSING SUB ASSY RH L/H | C13S1080001 | 3,450 | 0.703 | 2425.35 | 5345.47 | $0.49 | $2,619.28 |
| VTC Assy | B1302542501 | 7,530 | 1.42 | 10692.6 | 23,566.49 | $0.03 | $706.99 |
| Solenoid assy | A23796EA000 | No salvage value due to the palstic material inside the metal product | | | | | 0 |
| Valve assy purge | WA83000B10 | No salvage value due to the part made of plastic with metal cover | | | | | 0 |
| Vane | C13C1670033 | 7,200 | 0.365 | 2,628 | 5,792.11 | $0.03 | $173.76 |
| BOLT W/WASHER | C13S1180001 | 3,600 | 0.006 | 21.6 | 47.61 | $0.03 | $1.43 |
| PIN-LOCK VTC | C13C1760014 | 1,500 | 0.00466 | 6.99 | 15.41 | $0.03 | $0.46 |
| PLATE-SOL VALVE | A83121000 | 2,500 | 0.007 | 17.5 | 38.57 | $0.03 | $1.16 |
| DAMPER PAPER | W3721235G00 | No salvage value due to the parts made of non-metal parts | | | | | 0 |
| SEAL OIL BRG RACE | 37134P0700 | | | | | | 0 |
| SPR-SEAL VTC | C13C1750000 | | | | | | 0 |
| RETAINER-VTC | C13C1890003 | | | | | | 0 |
| FILTER | C13S1160001 | | | | | | 0 |
| | | | | | Total salvage value | | $3,503.09 |

EXHIBIT A
TO HOOVER DECLARATION