DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SOMPO JAPAN INSURANCE COMPANY OF AMERICA and SOMPO JAPAN INSURANCE, INC. | :    07 Civ. 2735 (DC) : |
|                      *Plaintiffs,*<br>- against - | :    **DECLARATION OF THOMAS M. EAGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT RE:** |
| NORFOLK SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN CORPORATION and THE KANSAS CITY RAILWAY COMPANY | :    **HOSHIZAKI SUSHI CASES/ICEMAKERS SHIPMENT** : |
|                      *Defendants.* | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, Thomas M. Eagan, declare that I am a member of Maloof Browne & Eagan LLC, attorneys for plaintiffs Sompo Japan Insurance Company of America and Sompo Japan Insurance, Inc.

1. Attached as Exhibit 34 is a true copy of the Deposition of Yosiyuki Iwaki, Manager of the Production Control Department, Hoshizaki Electric Company United.

2. Attached as Exhibit 35 is a true copy of the Hoshizaki Inspection Certificate (Hoshizaki Dep. Ex. 1).

3. Attached as Exhibit 36 is a true copy of the Shipping Report (and translation) (Hoshizaki Dep. Ex. 3).

1

4. Attached as Exhibit 37 is a true copy of the Packing List (Hoshizaki Dep. Ex. 5).

5. Attached as Exhibit 38 is a true copy of the Invoice (Hoshizaki Dep. Ex. 6).

6. Attached as Exhibit 39 is a true copy of the Sumitrans Bill of Lading, and as Exhibit 39A a true copy of the Yang Ming bill of lading concerning the Hoshizaki Shipment (Hoshizaki Dep. Ex. 7; Ex. 6 to Plaintiffs' prior Motion for Partial Summary Judgment).

7. Attached as Exhibit 40 is a true copy of the Container Cargo information (Venneman Dep. Ex. 40).

8. Attached as Exhibit 41 is a true copy of the VeriClaim Report (Venneman Dep. Ex. 84).

9. Attached as Exhibit 42 is a true copy of VeriClaim photographs (from Venneman Dep. Exs. 97-99).

10. Attached as Exhibit 43 is a true copy of the Deposition of John Venneman.

11. Attached as Exhibit 44 is a true copy of the Certificate of Disposal (Unisia Bates 5).

12. Attached as Exhibit 45 is a true copy of the Declaration of Bill Anderson of Hoshizaki America dated March 17, 2009 with Exhibits, and as Exhibit 45A a true copy of the Declaration of Mike Pettigrew of Hoshizaki American dated March 13, 2009 with Exhibit.

I declare the foregoing is true and correct under the penalty of perjury of the laws of the United States.

Dated: Rye, New York
March 18, 2009

_____
Thomas M. Eagan

\\sbsserver1\Company\WP-DOCS\2503.81\010809 Motion for SJ\022609 TME Declaration - Hoshizaki.doc