

# HOSHIZAKI ELECTRIC CO., LTD.

3-16 Minamiyakata Sakae Toyoake, Aichi 470-1194, Japan. Tel(0562)-97-2119   Fax(0562)-97-1675

## << INVOICE >>

| | | | |
|---|---|---|---|
| SOLD TO | : HOSHIZAKI AMERICA, INC. | NO | : UM0086  PAGE: 1 |
| | | DATE | : MAR. 31, 2006 |
| ADDRESS | : 618 HIGHWAY 74 SOUTH | | |
| | PEACHTREE CITY, GA 30269 | ORDER NO. | : P001932 |
| | USA | PAYMENT | : TT REMITTANCE |
| DATE SHIPPED | : MAR. 28, 2006 | | JUL. 31, 2006 |
| SHIPPED PER | : CHEROKEE BRIDGE | CURRENCY | : U.S. DOLLAR   RATE : 116.40YEN |
| FROM | : KOBE, JAPAN | PRICE | : CIF   :GRIFFIN, GA |
| VIA | : LONG BEACH | L/C NO. | : |
| TO | : GRIFFIN, GA | L/C BANK | : |

| MARKS & NUMBERS | ITEM NO. | ITEM CODE | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | SUSHI CASES | | | |
| H A | 1 | 74NU | HNC-90AA-L | 10 UNITS | 533.00 | 5,330.00 |
| | 2 | 74NV | HNC-90AA-R | 10 UNITS | 533.00 | 5,330.00 |
| C/NO. 1-494, 496 | 3 | 74NA | HNC-120AA-L 1/115/60 | 25 UNITS | 571.00 | 14,275.00 |
| MADE IN JAPAN | 4 | 74NB | HNC-120AA-R 1/115/60 | 30 UNITS | 571.00 | 17,130.00 |
| | 5 | 74NC | HNC-150AA-L 1/115/60 | 35 UNITS | 628.00 | 21,980.00 |
| | 6 | 74ND | HNC-150AA-R 1/115/60 | 35 UNITS | 628.00 | 21,980.00 |
| | 7 | 74NF | HNC-180AA-R 1/115/60 | 40 UNITS | 703.00 | 28,120.00 |
| | | | ICE MAKERS CUBERS-JPN | | | |
| | 8 | 17EA | AM-100BAE 1/115/60 | 75 UNITS | 871.00 | 65,325.00 |
| | 9 | 17EB | AM-150BAF 1/115/60 | 225 UNITS | 981.00 | 220,725.00 |
| | 10 | 17EC | AM-150BWF 1/115/60 | 9 UNITS | 981.00 | 8,829.00 |
| | 11 | 10PK | LM-250B-1 1/100/50, 60 | 1 UNIT | 1,211.00 | 1,211.00 |
| | | * TOTAL * | | 495 UNITS | USD | 410,235.00 |

TO BE CONTINUED.                    **HOSHIZAKI**

134

EXHIBIT 38