| SEA WAYBILL | **SUMITRANS CORPORATION** | NON-NEGOTIABLE |
|---|---|---|

| SHIPPER<br>HOSHIZAKI ELECTRIC CO., LTD. | CARRIER'S REF<br>OSAS2602756 |
|---|---|
| | SHIPPER'S REF<br>UM0086 |
| CONSIGNEE (If "To order" so indicate)<br>HOSHIZAKI AMERICA, INC.<br>618 HIGHWAY 74 SOUTH<br>PEACHTREE CITY, GA 30269 USA<br>TEL: 770-487-2331  FAX: 770-487-1325 | FORWARDING AGENT-REFERENCES |
| | COUNTRY OF ORIGIN<br>JAPAN |
| NOTIFY PARTY<br>(A)K-LINE AIR SERVICE (USA), INC.<br>4345 INTERNATIONAL PARKWAY, SUITE 101,<br>ATLANTA, GA 30354 USA<br>ATTN: MS. TAMMY H-LEWIS<br>TEL: 404-363-9000  FAX: 404-366-0092<br>(B)HOSHIZAKI AMERICA, INC.<br>618 HIGHWAY 74 SOUTH PEACHTREE CITY, *** | FOR CARGO RELEASE PLEASE CONTACT:<br><br>SUMITRANS CORPORATION NEW YORK OFFICE<br>3333 NEW HYDE PARK ROAD SUITE 406<br>NEW HYDE PARK NY 11042 U.S.A.<br><br>TEL 516-684-3113   /FAX516-365-6855<br>MR. TOCHIMOTO / MS. NANCY DONADO |
| PLACE OF RECEIPT<br>KOBE CY | |
| VESSEL / VOYAGE NO<br>ROKEE BRIDGE / 16E | PORT OF LOADING<br>KOBE, JAPAN | **COPY/NON-NEGOTIABLE** |
| PORT OF DISCHARGE<br>LONG BEACH, CA | PLACE OF DELIVERY:<br>GRIFFIN, GA DOOR | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| H A<br>(IN DIA)<br>C/NO. 1-494, 496<br>MADE IN JAPAN | 309 PALLETS<br>(309 CARTONS)<br>186 CARTONS<br>============<br>495 PACKAGES<br><br>1 X 20DRY<br>6 X 40DRY | SHIPPER'S LOAD & COUNT<br>185 UNITS OF SUSHI CASES &<br>310 UNITS OF ICE MAKERS<br>HS CODE: 841850,841869<br><br>***GA 30269 USA<br>TEL: 770-487-2331  FAX: 770-487-1325 | 32,823 KGS | 286.179 CBM |
| CONTAINER NO. ( ) SEAL NO.<br>TGHU2737334 (20 DRY) YML5785854<br>YMLU4746964 (40 DRY) YML5785851<br>YMLU4515760 (40 DRY) YML5785926<br>UESU4349581 (40 DRY) YML5785931<br>YMLU4889482 (40 DRY) YML5785849<br>PRSU4053796 (40 DRY) YML5785832<br>YMLU4864801 (40 DRY) YML5785937<br>S VALUE DECLARATION<br>Refer to Clause 6(4)(B)+(C) on reverse Side | | DELIVER TO: HOSHIZAKI AMERICA, INC. GRIFFIN FACILITY<br>101 GREEN VALLEY BLVD, GRIFFIN, GA 30224 USA<br>TEL: 770-227-7511  FAX: 770-227-8289<br><br><br>FREIGHT PREPAID<br>CY/DOOR<br><br>SAY : SEVEN (7) CONTAINERS ONLY.- | | |

| FREIGHT CHARGES PAYABLE AT   OSAKA, JAPAN | | | RECEIVED by the Carrier the Goods specified above in apparent good order and condition unless otherwise stated.<br><br>The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier. The Carrier has no possibility to check whether these particulars are correct.<br><br>Delivery of the goods will be made to the consignee or his authorized representative upon proper proof of identity and authorization without the need of producing or surrendering a copy of this Waybill. |
|---|---|---|---|
| FREIGHT CHARGES | PREPAID | COLLECT | |
| | PREPAID<br>AS ARRANGED | | |
| TOTAL CHARGES | | | Dated at OSAKA, JAPAN  ON  '06. 3. 28<br>MO  DAY  YEAR<br>SUMITRANS (JAPAN) CORPORATION<br>AS AGENT FOR CARRIER<br>SUMITRANS CORPORATION<br>HOSHIZAKI<br>By _____<br>B/L No.<br>OSLA600099 |

138

**EXHIBIT 39**