DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SOMPO JAPAN INSURANCE COMPANY OF  :
AMERICA and SOMPO JAPAN INSURANCE,     07 Civ. 2735 (DC)
INC.                              :

     *Plaintiffs*,   :
  - against -                          **DECLARATION OF THOMAS**
        : **M. EAGAN IN SUPPORT OF**
NORFOLK SOUTHERN RAILWAY            **PLAINTIFFS' MOTION FOR**
COMPANY, NORFOLK SOUTHERN         : **SUMMARY JUDGMENT RE:**
CORPORATION and THE KANSAS CITY     **CANON PHOTOCOPIERS**
RAILWAY COMPANY                   : **SHIPMENT**

    *Defendants*.       :
------------------------------------x

  I, Thomas M. Eagan, declare that I am a member of Maloof Browne & Eagan LLC, attorneys for plaintiffs Sompo Japan Insurance Company of America and Sompo Japan Insurance, Inc.

  1. Attached as Exhibit 46 is a true copy of the Declaration of Tsutomu Miyajama of Canon Finetech with Exhibit A.

  2. Attached as Exhibit 47 is a true copy of the NYK bill of Lading (NYK Dep. Ex. 4).

  3. Attached as Exhibit 48 is a true copy of the Deposition of Eliza Hooker of NYK Lines.

1

4. Attached as Exhibit 49 is a true copy of the Canon VeriClaim Survey.

5. Attached as Exhibit 50 is a true copy of the Declaration of Atsumo Sudo.

6. Attached as Exhibit 51 is a true copy of the Deposition of Patrick Davidson.

7. Attached as Exhibit 52 is a true copy of excerpts of the photographs of the Canon cargo.

8. Attached as Exhibit 53 is a true copy of the Complaint.

9. Attached as Exhibit 54 is a true copy of the Answer.

I declare the foregoing is true and correct under the penalty of perjury of the laws of the United States.

Dated: Rye, New York
March 18, 2009

_____
Thomas M. Eagan

\\sbsserver1\Company\WP-DOCS\2503.81\010809 Motion for SJ\022609 TME Declaration - Canon.doc