**≡NYK** LINE

WINS*FAX SERVICE

To:   Tom Eagan Esq              Fax : ~~5018642158~~  914-921-1023

Date:   Wednesday 3rd January 2007         Reference: 0467635
                                           Time: 11:27

Description: B/L NON-NEGOTIABLE ELECTRONIC MAIL COPY

FROM:  NYK LINE REPRESENTATIVE: L. HOOKER


Please be advised the NYK Line will discontinue this fax service on
September 30, 2006.

NYK Line's website www.nykline.com will continue to provide access to
Shipment Information for registered users.  It offers many features
such as customizable reports, scheduled e-mail alerts, as well as on-
line viewing of shipment status and details.  If you have not yet
registered, please visit this website to register your account today.

If you require any assistance, please contact your Regional Help Desk
listed below:

Please note the fax function of the Voice Recognition Unit will not be
affected by this change, and will remain in service after September.

Americas: na-winshelp@na.nykline.com
Japan:    JPU_PEGASUS_RHD@jp.nykline.com
Asia:     asu_pegasus_rhd@sg.nykline.com
Europe:   NE.DATA@ne.nykline.com

       Total number of pages including this one:  3 pages.


     *****  THANK YOU FOR USING WINS*FAX SERVICE  *****



     If there are any problems with this transmission, please call your
     nearest NYK Office.  Thank You



WINS

**EXHIBIT 47**

```
NSRI 2/1                 NSRI 2/1              03-Jan-07 11:28 Ref:0467635    2/3
            SC1201383
                                                       NYKS479204457
CANON FINETECH INDUSTRIES                              COPY    WAYBILL
DEVELOPMENT CO., LTD.
BLDG., NO.3, CROWN ESTATE, CHE
GONG MIAO INDUSTRIAL DISTRICT,
SHENZHEN, CHINA

CANON U.S.A. INC. LOS ANGELES
OFFICE 15955 ALTON PARKWAY
IRVINE, CA 92618 U.S.A.


                                              NON-NEGOTIABLE

CANON U.S.A. INC.
HEAD OFFICE ONE CANON PLAZA,
LAKE SUCCESS, NY, 11042
NIPPON EXPRESS, U.S.A. INC.
***
                      YANTIAN    CY                           CY    /DOOR
         17E12
OOCL NINGBO           YANTIAN

LONG BEACH, CA        NORCROSS, GA    DOOR
                                                      (KGS)      (M3)
                   *** 300 WESTMONT DRIVE
                       SAN PEDRO, CA 90731
                       TEL:(310)241-1600

                   "SHIPPER'S LOAD & COUNT"
    O/FAULV73       - AS PER ATTACHED-SHEET -
CASE NO.1-60          1 CONTAINER
C.U.S.A.            ---------------------
LOS ANGELES (D)   ---------------------------      ---------------------------
MADE IN CHINA         60 PACKAGES                       4,560    53.896
    O/FAULV73
CASE NO.1-60         "FREIGHT COLLECT"
C.U.S.A.
LOS ANGELES (D)
MADE IN CHINA

NYKU8214688 CN4652980 40'
(DRY)
(60 PACKAGES)
              ONE (1) CONTAINER ONLY

                                                             USD 3,620.00
   BASE FREIGHT         40' X  1 USD3620.00 VAN
   CY RECEIVING         40' X  2 USD 269.00 VAN USD   538.00
   B/L FEE              1      BL CNY 125.00 BL CNY   125.00
   BASE FREIGHT         40' X  1 USD3950.00 VAN              USD 3,950.00
                                USD TOTAL    USD    538.00 USD 7,570.00
                                CNY TOTAL    CNY    125.00
"FREIGHT COLLECT AS ARRANGED"



            HONG KONG         DESTINATION    SHENZHEN          2006/03/26
                                ONE (1)
                                             AS CARRIER
                   OOCL NINGBO
                   17E12     AT YANTIAN

                                                   NYKS479204457
                                                   SK06/50170
```

\*\*\* ATTACH SHEET \*\*\*                                    PAGE    1

B/L NO. = NYKS479204457

< DESCRIPTION OF GOODS >
================================================================

                                                    (KGS)      (M3)
            1 CONTAINER
            -------------------
            "SUBJECT TO ALL THE TERMS AND
            CONDITIONS OF THE APPLICABLE
            AGREEMENT TARIFF."
            SHIPPER'S DECLARATION: THIS
         -  SHIPMENT DOES NOT SOLID WOOD
            PACKING MATERIAL.

            COPYING MACHINE & ACCESORY
            FOR COPYING MACHINE
            60PLTS//480PCS//480CTNS
            INVOICE NO.SK-06/50170
        60 PACKAGES                              4,560     53.896