DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOMPO JAPAN INSURANCE, INC. and     :     07 Civ. 2735 (DC)
SOMPO JAPAN INSURANCE COMPANY OF    :
AMERICA
                                    :
            *Plaintiffs*,
                                    :
     - against -                          **DECLARATION OF
                                          CANON U.S.A., INC.**
NORFOLK SOUTHERN RAILWAY            :     **PURSUANT TO FRE 902(12)**
COMPANY, NORFOLK SOUTHERN
CORPORATION and THE KANSAS CITY     :
RAILWAY COMPANY

            *Defendants.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Atsuo Sudo hereby declares:

1. I am the Vice President and General Manager of the Logistics Division of Canon U.S.A., Inc. ("Canon USA"), located in Lake Success, New York. My duties at Canon USA include supervising the handling of shipments from Canon Finetech Industries in China and Canon Inc. in Japan to Canon USA as well as the distribution of these products in the United States. I have held this position since September 2006. I make this declaration on personal knowledge.

2. Canon USA is in the business, *inter alia*, of importing, selling and distributing of photocopy machines manufactured by other Canon entities such as Canon Finetech. I am familiar with and understand the record preparation and record keeping system of Canon USA with respect

**EXHIBIT 50**

to the importing, selling and distribution of photocopy machines.

3.  I attach as Exhibit A a true copy of the Canon "Damage/Missing Report" concerning the damaged copiers from Container NYKU 8214688. This report is prepared when damaged product is received at a Canon facility. It was prepared by an employee of Canon USA with knowledge of details therein (or from information transmitted by other employees with knowledge). It is the regular business practice of Canon USA to prepare these types of documents and to keep them in the course of its regularly conducted business activity of selling and shipping photocopiers. The information on the document includes the invoice number (N-SK-06150170), the Vessel, the quantities of cartons damaged (in this case 139) and type of cargo damaged (9563A001AA – Finisher S.1) and the description of damage ("139 units were damaged and are not repairable. Box's are crushed and parts are hanging out of some of them").

4.  I attach as Exhibit B a true copy of Canon's "Damage Report." This is a handwritten version on which Exhibit A is based. It also includes the serial number of damaged machines. This type of document is prepared every time damaged product is received at a Canon facility. It was prepared by an employee of Canon USA with knowledge of details therein (or from information transmitted by other employees with knowledge). It is the regular business practice of Canon USA to prepare these types of documents and to keep them in the course of it's regularly conducted business activity of selling and shipping photocopiers.

5.  I attach as Exhibit C a true copy of Canon business records in connection with the disposal/destruction of the damaged machines at issue in this case. Exhibit C-1 is a Certificate of Destruction which we received from our vendor Noranda confirming that the damaged machines were destroyed by them. Exhibit C-2 is the invoice received from Noranda for the destruction. Canon USA integrates these documents into their own records and relies upon them in its

day-to-day operations. Noranda issues these type of documents every time it sheds and destroys damaged copy machines. Canon pays the invoice based on the proven accuracy of the Certificate of Destruction and the invoice. Exhibit C-3 is the straight bill of lading prepared by Canon USA for the transportation of the damaged machines to Noranda. It was prepared by an employee of Canon USA with knowledge of details therein (or from information transmitted by other employees with knowledge). It is the regular business practice of Canon USA to issue these bills of lading when sending damaged goods for destruction and to keep them in the course of it's regularly conducted business activity.

6. I attach as Exhibit D a true and complete copy of Canon Inc.'s "Shipper's Vanning Certificate" (Cargo Loading Into Container) and the Packing List and Invoice from Canon Inc. pertaining to the copiers at issue in this litigation. Canon USA purchased the items from Canon Inc. (which were manufactured by Canon Finetech) in order to fill Canon USA's customers' orders. These documents were received by Canon USA on or about the time of the shipment in the ordinary course of Canon USA's regularly conducted business activity. The documents are utilized by Canon USA in the ordinary course of its regularly conducted business activity. The documents set forth, among other things, the type of items shipped, quantity, price and that the product was properly loaded into the shipping container. Canon USA integrates these documents into their own records and relies upon them in its day-to-day operations. That is, Canon USA issues packing lists and invoices to its own customers based on the proven accuracy of these documents. Canon Inc. issues these types of records every time Canon USA purchases products from them. Canon Inc. has issued tens of thousands of these types of documents to Canon USA. Canon USA has found these records to be extremely accurate and confirm that the quantities and type of the laptops were shipped to us in good order.

3

7. The Shipment was comprised of two containers—NYKU8214688 and NYKU8232329. Canon USA found all the units shipped in Container NYKU8232329 to be in sound condition and received no complaints from our customers that these units were damaged.

Dated: <u>December 10</u>, 2008
       Lake Success, New York

I declare that the foregoing is true and correct under the penalty of perjury under the laws of the United States.

                                                              Atsuo Sudo

F://WP-Docs/2503.81/102008 902(12) Decl. Canon USA.doc

ATTN: Dave Konishi.

(CIRCLE ONE) ⇨ **DAMAGE / MISSING REPORT**

| RECEIVING W/H: | DC11 | CODE: | DZ035 | REPORT # |
|---|---|---|---|---|
| RECEIVED DATE: | 5/26/2006 | | | |
| INVOICE/SO: | N-SK-06/50170 | | | |
| CARRIER: | CDS Transport | | | |
| FREIGHT BILL NO. | | | | |

| IMPORT | A.W.B# | HAWB: | CONTAINER NO: | KYKU8214688 |
|---|---|---|---|---|
| | VESSEL NAME: | OOCL NINGBO | | |

| DOMESTIC | (CHECK ONE) ⇨ | CBM | DOM. VENDOR | X W/H TRANSFER OR INTERNAL |
|---|---|---|---|---|
| | VENDOR NAME OR W/H NAME: | | | |

| # | Q'TY. | ITEM NO. | DESCRIPTION | CASE MARK | CASE# | SERIAL NO'S |
|---|---|---|---|---|---|---|
| 1 | 139 | 9563A001AA | Finisher - S1 | | | sent by separate list |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |

description of each:

1. 139 units were damaged and are not repairable. Box's are crushed and parts are hanging out of some of them.
2.
3.
4.
5.
6.

| (CHECK ONE) ⇨ | CONFIRMATION FROM TRUCKING CO. | PHOTOGRAPHS  YES - X  NO |
|---|---|---|
| STATUS CHANGE TO :SS# Z | | STATUS CHANGE S/O NO. A0006556 |
| SUPERVISOR / CLERK : Mark Brumbach | | APPROVAL: Bill Bishop |

Please fax delivery receipt with report



EXHIBIT A

TO  LAURA

3 PAGES

*asked Laura to get revised damage report and confirmed 5/5 -Z.*

# Canon

5625 Oakbrook Pkwy.
Norcross, Ga. 30093
770-849-7790

## DAMAGE REPORT

Carrier _____ Freight Bill Number _____
Canon Shipping Order Number _____
Model Number   Finisher S1
Serial Number   SEE Bill Bishop for list of SN#
Is Product Repairable?   NO

Describe Product Damage
139 UNIT have extensive DAMAGE AND ARE NOT REPAIRABLE.

BOX'S ARE CRUSHED AND PARTS ARE HANGING OUT OF BOX

Inspection by: _____
Date: 5/24/06

EXHIBIT B

CANON 06/05/06 MON 15:29 [TX/RX NO 6921] @001

9563A001AA- FINISHER S.1    ( All THQ Prefix )

| THQ-51978 | THQ-51973 | THQ-52094 |
|---|---|---|
| 52057 | 52059 | 51972 |
| 52073 | 52072 | 51980 |
| 52041 | 52040 | 52060 |
| 52074 | 52024 | 52003 |
| 52077 | 52030 | 52036 |
| 52014 | 52029 | 52048 |
| 51987 | 51993 | 52047 |
| 52022 | 52062 | 52002 |
| 52027 | 52058 | 52103 |
| 52105 | 52016 | 52012 |
| 52039 | 52042 | 52065 |
| 52017 | 52050 | 52005 |
| 52089 | 52001 | 51992 |
| 51982 | 52076 | 51976 |
| 51981 | 52053 | 52053 |
| 52045 | 52071 | 52028 |
| 51997 | 52082 | 52031 |
| 51996 | 51989 | 51990 |
| 52117 | 52095 | 52020 |
| 52087 | 52104 | 52116 |
| 52107 | 52035 | 52106 |
| 52021 | 51991 | 52059 |
| 51985 | 51986 | 52018 |
| 51970 | 52033 | 52078 |
| 52088 | 51974 | 52063 |
| 52108 | 52066 | 52034 |
| 52110 | 52079 | 52083 |
| 52141 | 52096 | 52097 |
| 52139 | 52069 | 51971 |
| 52140 | 52032 | 52046 |
| 52142 | 52008 | 52012 |
| 52109 | 52115 | 52013 |
| 52061 | 52051 | 52049 |
| 52085 | 52080 | 52064 |
| 52043 | 52093 | 51994 |
| 52090 | 52037 | 52044 |
| 52038 | 52075 | 51979 |
| 52006 | 52084 | 52092 |
| 51998 | 51975 | 51977 |
| 52067 | 52068 | 52007 |
| 52004 | 52070 | 52118 |

9563A001AA –FINISHER S .1    ( All   THQ   Prefix )

| THQ – 52099 | THQ-52026 | THQ-52011 |
|---|---|---|
| 52025 | 52056 | 52100 |
| 52055 | 52101 | 52054 |
| 51988 | 52019 | 52015 |
| 52081 | | |

03/27/2008 THU 22:57 FAX ☒003/005



# Certificate of Destruction

**noranda**

M283
PATTY BRANTELY
CANON U.S.A., INC.
5625 OAKBROOK PARKWAY
NORCROSS GA 30093

Wednesday, April 4, 2007

This is to certify that all electronic scrap material included in the shipment(s) listed below has been processed at our shredding facility located at 8855 Washington Blvd., Roseville, California or 417 Sanford Road, LaVergne, Tennessee.

| Source Customer Code: | Shipped From: | | | | |
|---|---|---|---|---|---|
| M283 | CANON USA | BOL Weight: | 4,620 | Date | 3/13/2007 |
| Shipment ID: | 5625 OAKBROOK PKWY | Gross Weight Received: | 4,690 | BOL#: | 5311 |
| 246274 | NORCROSS GA30093 | Overage/Shortage (lb): | -70 | Trailer #: | 5311 |
| Customer Reference | | Net Weight Received: | 4,240 | Seal #: | |
| Processing Location: Nashville | | | | | |

| Source Customer Code: | Shipped From: | | | | |
|---|---|---|---|---|---|
| M283 | CANON USA | BOL Weight: | 11,055 | Date | 3/13/2007 |
| Shipment ID: | 5625 OAKBROOK PKWY | Gross Weight Received: | 10,900 | BOL#: | 2-28-07 5308 |
| 246279 | NORCROSS GA30093 | Overage/Shortage (lb): | 155 | Trailer #: | 5309 |
| Customer Reference 1804199 | | Net Weight Received: | 9,836 | Seal #: | 1804199 |
| Processing Location: Nashville | | | | | |

Processing to shred and separate the material into recyclable product streams completely destroys the received hardware. CRTs and hazardous materials removed from equipment are recycled or properly disposed of through NRI's approved vendors.

*Note: Received weights are subject to tare weight verification.*

[signature]
Scott Sodenkamp – Operations Manager
Noranda Recycling Inc.

[PAID 4-13-07 stamp]

1595 Monterey Hwy., San Jose, CA 95112
8855 Washington Blvd., Roseville, CA 95678
417 Sanford Road, LaVergne, TN 37086



EXHIBIT C-1

03/27/2008 THU 22:57 FAX                                                    ☒002/005

 noranda

Attn: PATTY BRANTELY
Bill to: CANON U.S.A., INC.
5625 OAKBROOK PARKWAY
NORCROSS       GA   30093

Invoice #:      52307
PO#:
Invoice Date:   4/4/2007
Terms Net 30 Due:  5/4/2007
SCC:            M283

| Quantity | Unit | Description | | Rate | Amount |
|---|---|---|---|---|---|
| | | Electronic Recycling | | | |
| 4,240 | Lbs. | Electronic Equipment | 246274 | $0.18 | $763.20 |
| 9,836 | Lbs. | Electronic Equipment | 246279 | $0.18 | $1,770.48 |
| | | | | | |
| 14,076 | Total Lbs. | | | Total | $2,533.68 |

Originator: _____

Approved by: _____


PAID 4-13-07

Remit Payment to: Noranda Recycling Inc.
1695 Monterey Highway
San Jose, CA 95112
(408)998-4930
Please reference Invoice # 52307 on any payment and/or correspondence.

EXHIBIT C-2

03/27/2008 THU 22:57 FAX                                                                    ☒004/005

NIPPON EXPRESS → CANON    ☒001

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**   For B/L B

NIPPON EXPRESS U.S.A., INC.
ATLANTA BRANCH
5176 PELICAN DRIVE
ATLANTA, GA. 30349
FMC NO. 1087

CARRIER: CSM   TRG no 5308

Consigned to:
Noranda Recycling, Inc.
417 Sanford Rd.
LaVergne, TN. 37086
Phone: (615) 287-5945

DATE: 2/28/07

SHIPPER NO: 007

Fwdg B/L: 5308

REMIT TO: NIPPON EXPRESS U.S.A. - Atlanta Branch
5176 Pelican Drive, Atlanta, Ga. 30349

| NUMBER OF PACKAGES | HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | CLASS OR RATE |
|---|---|---|---|---|
| | | Third Party Billing. Canon USA 5625 Oakbrook Pkwy Norcross, GA. 30093 Attn: Bill Bishop - Seal No: 1804199 | | |
| 1 | | Truck load of no value | 11,055 | |

NIPPON EXPRESS U.S.A., Shipper,
Per M. Walter
5176 Pelican Drive, Atlanta, Ga. 30349 - Phone: (770) 997-1915
COPY NO. 1 - NOT NEGOTIABLE - MAIL TO FREIGHT TRANSPORTATION - GO

Agent, Per CSM-2-28

EXHIBIT C-3

# Canon

```
                                              PAGE              1
                                              REFERENCE   SK-06/50170
                                              ISSUED      MAR.27,2006
                                                             11:37:42
```

## SHIPPER'S VANNING CERTIFICATE
### (CARGO LOADING INTO CONTAINER)

| | |
|---|---|
| SHIPPER (E4004) | CANON FINETECH INDUSTRIES DEVELOPMENT CO., LTD. |
| CONSIGNEE (E6184) | CANON U.S.A. INC. LOS ANGELES OFFICE (DIVERSION) |
| VESSEL(VOYAGE NO.) | OOCL NINGBO    (V.1    ) |
| DATE OF SAILING | MARCH 26,2006 |
| PORT OF SHIPMENT | YANTIAN       CHINA |
| PLACE OF DELIVERY | LOS ANGELES   U.S.A. |

THIS IS TO CERTIFY THAT THE UNDERMENTIONED CARGO WAS STOWED IN THE CONTAINER(S) IN OUR ATTENDANCE AND THE DOORS OF THE CONTAINER(S) WERE SEALED BY US.

### 1. PARTICULAR OF CARGO

| CONTAINER NO. | P/O NO. | SEAL NO. | COMMODITY | NO.OF P'KGS | POSITION |
|---|---|---|---|---|---|

AS PER ATTACHED SHEET

TOTAL   120 PACKAGE(S) IN   2 CONTAINER(S)

| CONTAINER NO. | P/O NO. | SEAL NO. | CONTAINER TYPE |
|---|---|---|---|
| NYKU8214688 | FAULV73-01 | CN4652980 | 40FTDRY |
| NYKU8223329 | FAULV73-02 | CN4652979 | 40FTDRY |

### 2. STOWAGE   PROPER


EXHIBIT D

CANON                                                44

|  |  |  | PAGE | 2 |
|--|--|--|--|--|
|  |  |  | REFERENCE | SK-06/50170 |

-SHIPPER'S CERTIFICATE ATTACHED SHEET-

| CONTAINER NO. | P/O NO. | SEAL NO. | COMMODITY | NO.OF P'KGS | POSITION |
|---|---|---|---|---|---|
| NYKU8214688 | FAULV73-01 | CN4652980 | 9563A001AA<br>FINISHER-S1 | 60 PALLET(PAPER) | FRONT |
| NYKU8223329 | FAULV73-02 | CN4652979 | 9563A001AA<br>FINISHER-S1 | 60 PALLET(PAPER) | FRONT |

**Canon**
LOGISTICS HEADQUARTERS

INVOICE

CANON INC.
30-2, SHIMOMARUKO 3-CHOME,
OHTA-KU, TOKYO 146, JAPAN
PHONE:81-3-3758-2111

| | | INVOICE NO. SK-06/50170 | ISSUING DATE MAR.28,2006 INVOICE DATE MAR.26,2006 | PAGE 1 |
|---|---|---|---|---|

F

BUYER (E6001)
CANON U.S.A. INC.
HEAD OFFICE
ONE CANON PLAZA
LAKE SUCCESS, L.I., N.Y. 11042
U.S.A.

CASE MARK

CONSIGNEE (E6184)
CANON U.S.A. INC.
LOS ANGELES OFFICE (DIVERSION)
15955 ALTON PARKWAY IRVINE,
CA 92618
U.S.A.

- AS PER ATTACHED SHEET -

| SHIPMENT PER OOCL NINGBO (VOY.NO.17E12) | CARRIER (NYK) | ON/ABOUT MARCH 26,2006 | TOTAL PACKAGES ( 120) PACKAGES |
|---|---|---|---|
| FROM YANTIAN CHINA | VIA(1) SHENZHEN VIA(2) | | TOTAL G/W(KGS) 9,120.0 |
| | | | TOTAL M'MENT(M3) 107.792 |
| TO LOS ANGELES U.S.A. | E.T.A APRIL 7,2006 | SHIPPING METHOD OCEAN | |
| TERMS OF PAYMENT  D/A DUE ON JULY 01 2006 | | | FOB YANTIAN |

| ITEM | PRODUCT CODE | COMMODITY | ORIGIN | QUANTITY | UNIT PRICE | AMOUNT IN US DOLLAR |
|---|---|---|---|---|---|---|

CANON PRODUCTS

--- DETAILS AS PER ATTACHED SHEET ---    480UNITS

FOB     YANTIAN         ........  USD215,380.80
INSURANCE ...................  ........  USD120.91
TOTAL                   ........  USD215,501.71

"RESPONSIBLE EMPLOYEE OF THE EXPORTER:
ATSUO SUDO,S.G.M. OF LOGISTICS OPE.CENTER
"SHIPPER'S DECLARATION : THIS SHIPMENT DOES NOT
* CONTAIN SOLID WOOD PACKING MATERIAL

EXHIBIT

CANON INC.

- E.& O.E.-

MANAGER, LOGISTICS HEADQUARTERS

CANON

36

| == INVOICE ATTACHED SHEET == | | | INVOICE NO. SK-06/50170 | ISSUING DATE MAR.28,2006 INVOICE DATE MAR.26,2006 | PAGE 2 | |
|---|---|---|---|---|---|---|
| ITEM | PRODUCT CODE | COMMODITY | ORIGIN | QUANTITY | UNIT PRICE | AMOUNT IN US DOLLAR |
| FAULV73 | **0/NO. | | | | FOB YANTIAN | |
| 0001 | 9563A001AA | FINISHER-S1 FOR CANON DIGITAL COPIER IR 2270/2870/3570/4570 | CN | 240UNITS | @448.71 | 107,690.40 |
| 0002 | 9563A001AA | FINISHER-S1 FOR CANON DIGITAL COPIER IR 2270/2870/3570/4570 | CN | 240UNITS | @448.71 | 107,690.40 |
| | | | | 480UNITS | | USD215,380.80 |

THE 2-CHARACTER CODE INDICATED UNDER THE "ORIGIN" IS
IN ACCORDANCE WITH "COUNTRY CODE" STANDARDIZED BY ISO 3166.
   IT DECODES:
      "CN"=CHINA

CANON                                                                37

| == CASE MARK ATTACHED SHEET == | INVOICE NO. SK-06/50170 | ISSUING DATE MAR.28,2006 | PAGE |
|---|---|---|---|
| | | INVOICE DATE MAR.26,2006 | 1 |

O/ FAULV73-01
CASE NO.   1-  60

C.U.S.A.
LOS ANGELES (D)

MADE IN CHINA

O/ FAULV73-02
CASE NO.   1-  60

C.U.S.A.
LOS ANGELES (D)

MADE IN CHINA

**Canon**
LOGISTICS HEADQUARTERS

A C K I N G   L I S T

CANON INC.
30-2, SHIMOMARUKO 3-CHOME,
OHTA-KU, TOKYO 146, JAPAN
PHONE:81-3-3758-2111

| | INVOICE NO. SK-06/50170 | ISSUING DATE | MAR.28,2006 | PAGE |
| --- | --- | --- | --- | --- |
| | | INVOICE DATE | MAR.26,2006 | 1 |

F:

BUYER (E6001)
CANON U.S.A. INC.
HEAD OFFICE
ONE CANON PLAZA
LAKE SUCCESS, L.I., N.Y. 11042
U.S.A.

CASE MARK

CONSIGNEE (E6184)
CANON U.S.A. INC.
LOS ANGELES OFFICE (DIVERSION)
15955 ALTON PARKWAY IRVINE,
CA 92618
U.S.A.

— AS PER ATTACHED SHEET —

| SHIPMENT PER OOCL NINGBO (VOY.NO.17E12) | CARRIER (NYK) | ON/ABOUT MARCH 26,2006 | TOTAL PACKAGES ( 120) PACKAGES |
| --- | --- | --- | --- |
| FROM YANTIAN CHINA | VIA(1) SHENZHEN VIA(2) | | TOTAL G/W(KGS) 9,120.0 |
| | | | TOTAL M'MENT(M3) 107.792 |
| TO LOS ANGELES U.S.A. | | E.T.A. APRIL 7,2006 | SHIPPING METHOD OCEAN |

| MARKS & NOS. (KIND OF PACKAGE) | COMMODITY | ORIGIN | QUANTITY | NET WEIGHT (KGS) | G.WEIGHT (KGS) | M'MENT (M3) |
| --- | --- | --- | --- | --- | --- | --- |
| | CANON PRODUCTS | | | | | |
| | — DETAILS AS PER ATTACHED SHEET — | | 480UNITS | 6,288.0000 | 9,120.0 | 107.792 |

CANON INC.

— E.& O.E.—

MANAGER, LOGISTICS HEADQUARTERS

CANON

39

| MARKS & NOS. (KIND OF PACKAGE) | COMMODITY | ORIGIN | QUANTITY | NET WEIGHT (KGS) | G.WEIGHT (KGS) | M'MENT (M3) |
|---|---|---|---|---|---|---|
| == PACKING LIST ATTACHED SHEET == | | | INVOICE NO. SK-06/50170 | ISSUING INVOICE | DATE MAR.28,2006 DATE MAR.26,2006 | PAGE 2 |
| O/ FAULV73-01 CASE NO. 1- 60 P/T(PAPER) 1- 60 0001 9563A001AA | **O/NO. FINISHER-S1 FOR CANON DIGITAL COPIER IR 2270/2870/3570/4570 | CN | 240UNITS (@4) | 3,144.0000 (@13.1000) | 4,560.0 (@76.0) | 53.896 (@0.898265) |
| O/ FAULV73-02 CASE NO. 1- 60 P/T(PAPER) 1- 60 0002 9563A001AA | **O/NO. FINISHER-S1 FOR CANON DIGITAL COPIER IR 2270/2870/3570/4570 | CN | 240UNITS (@4) | 3,144.0000 (@13.1000) | 4,560.0 (@76.0) | 53.896 (@0.898265) |
| | | | 480UNITS | 6,288.0000 | 9,120.0 | 107.792 |

THE 2-CHARACTER CODE INDICATED UNDER THE "ORIGIN" IS
IN ACCORDANCE WITH "COUNTRY CODE" STANDARDIZED BY ISO 3166.
IT DECODES:
  CN =CHINA

| == CASE MARK ATTACHED SHEET == | INVOICE NO. SX-06/50170 | ISSUING DATE MAR.28,2006 | PAGE 1 |
|---|---|---|---|
| | | INVOICE DATE MAR.26,2006 | |

O/ FAULV73-01
CASE NO.   1- 60

C.U.S.A.
LOS ANGELES (D)

MADE IN CHINA

O/ FAULV73-02
CASE NO.   1- 60

C.U.S.A.
LOS ANGELES (D)

MADE IN CHINA

CANON

41