# EXHIBIT A

```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  07 Civ. 2735(DC)
    ------------------------------------x
 3  SOMPO JAPAN INSURANCE COMPANY OF
    AMERICA, and SOMPO JAPAN INSURANCE,
 4  INC.,

 5              Plaintiffs,

 6       vs.

 7  NORFOLK SOUTHERN RAILWAY COMPANY,
    NORFOLK SOUTHERN CORPORATION, and
 8  THE KANSAS CITY SOUTHERN RAILWAY
    COMPANY,
 9
                Defendants.
10  ------------------------------------x

11

12       Deposition of KUBOTA CORPORATION

13  by TAKESHIYO YOKOO, taken at the office

14  of Sompo Japan Insurance Company Of

15  America, Two World Financial Center,

16  225 Liberty Street, New York, New York,

17  on November 7, 2008, at 1:15 p.m.,

18  pursuant to F.R.C.P. 30(b)(6) and Notice,

19  before Robert M. Levine, a Shorthand Reporter

20  and Notary Public of the State of New York.

21

22

23           REGENCY REPORTING, INC.
          Certified Court Reporters & Videographers
24     425 Eagle Rock Avenue    575 Madison Avenue
       Roseland, NJ 07068       New York, NY 10022
25      www.regencyreporting.net   (866) 268-7866
```

Page 2

APPEARANCES:

MALOOF, BROWNE & EAGAN, LLC
Attorneys for the Plaintiffs and witness
   411 Theodore Fremd Avenue, Suite 190
   Rye, New York 10580
   (914) 921-1200
BY: THOMAS EAGAN, ESQ.,
    JACQUELINE JONES, ESQ.

KEENAN COHEN & HOWARD, P.C.
Attorneys for Defendants
   One Pitcairn Place, Suite 2400
   165 Township Line Road
   Jenkintown, Pennsylvania 19046
   (215) 609-1110
BY: ALFONSO GAMBONE, ESQ.

ALSO PRESENT:
   FRANCES SEEDS,
   Japanese Interpreter

Page 3

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the respective parties herein, that the sealing, filing and certification of the within deposition be waived; and sworn to before an officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the officer before whom said deposition is taken.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form, are reserved to the time of trial.

Page 4

FRANCES SEEDS, called as the official interpreter in this matter, was duly sworn by the Notary Public (Robert M. Levine) to accurately and faithfully translate the questions propounded to the witness from English into Japanese and the answers given by the witness from Japanese into English, being first duly sworn by the Notary Public (Robert M. Levine), testified as follows:

TAKEHASHI YOKOO, being first duly sworn by the Notary Public (Robert M. Levine), testified as follows:

   THE REPORTER: Full name and address for the record.
   THE WITNESS: My name is Takehashi, T-a-k-e-s-h-i-y-o, Yokoo, Y-o-k-o-o. My address is 686-13 Hanare, H-a-n-a-r-e, Tsukuba City, Ibaraki Prefecture, Japan.
   MR. EAGAN: Mr. Yokoo, my name is Thomas Eagan. I'm an attorney for Sompo Japan, the plaintiffs in this case. And also represent the witness for the purpose of the deposition.

Page 5

Takehashi Yokoo
   Have you ever been deposed before?
   THE WITNESS: No. It is my first time.
   MR. EAGAN: I'm going to ask you a series of questions. After which, Mr. Gambone, attorney for Norfolk Southern Railroad will ask you questions as well. And beyond that there may be some additional back and forth questions between us with you.
   If there is any question that you do not understand, please say so and we will try to rephrase it or clarify it so you're able to answer.
   THE WITNESS: Yes.
   MR. EAGAN: <u>If at any point during the deposition you feel you need a break for any reason, please say so and we will accomodate.</u>
   <u>For the record, the witness is here pursuant to a notice of deposition which the plaintiffs had issued in this case which was previously marked as Exhibit 1-A.</u> And he's also being produced as the 30(b)(6)


**Page 6**

Takehashi Yokoo

witness for the plaintiffs. The topics of No. 6, No. 5, to the extent Kubota does have knowledge. And No. 29.

EXAMINATION BY MR. EAGAN:

Q. Mr. Yokoo, by whom are you employed?
A. I am working at Kubota Corporation.
Q. How long have you been employed by them?
A. I've been working there for approximately 22 years.
Q. If you could turn to what's been marked as Exhibit 23 in the exhibit binder in front of you. And I ask if you could confirm what that document is?
A. What is written in this document is my final education received, as well as the work that I engage myself since I've entered Kubota Corporation.
Q. Have you worked at Tsukuba plant your entire career at Kubota?
A. Yes.
Q. Since June 2004 you're section manager of the logistics group?
A. Yes.
Q. What are the responsibilities of the

**Page 7**

Takehashi Yokoo

logistic group in the production control section?
A. Yes.
    Well, first of all, with regard to the new products that are newly manufactured, that would be directed to both the domestic market as well as the markets abroad.
    When those tractors are produced, the logistics plan is devised by us. And the packaging and the configuration that that packaging would take is also done by us, as well as the management overall of the shipping of those products.
Q. You, yourself, though, what are your duties as the section manager?
A. As far as my duties are concerned as section manager, I engage myself in various management operations. Which include the approval of the logistics packaging that is to be utilized, as well as the considerations that are made by the staff who work underneath me with regard to those packages.
Q. Are you familiar with a Kubota tractor model No. 9540?
A. Yes.
Q. That's manufactured at the Tsukuba

**Page 8**

Takehashi Yokoo

plant, correct?
A. Yes.
Q. Approximately when did Kubota first manufacture that model of tractor?
A. It was produced from around November 2005.
Q. Do you still produce it today?
A. Yes. The production is still continuing on a continuous basis.
Q. For model 8540, are you familiar with that?
A. Yes.
Q. That model is also produced at the Tsukuba plant?
A. Yes.
Q. Was that first produced by Kubota in around November of 2005 as well?
A. Yes. That's correct.
Q. And you're familiar with the Kubota tractor models 6040 and 5040?
A. Yes.
Q. Those are manufactured at the Tsukuba plant?
A. Yes.

**Page 9**

Takehashi Yokoo

Q. Kubota also commenced manufacturing of those for the first time around November 2005?
A. As far as these model types are concerned, the 6040 and the 5040, I believe that the manufacturing was begun in February of 2006.
Q. Approximately how many of the 9540 models does the plant manufacture in a given year?
A. As far as the 9540 model is concerned, approximately, annually, about 5,000 units of those are produced.
Q. How about the 8540 model?
A. As far as this is concerned, on an annual basis it would be approximately 2,500 of these.
Q. The 6040 model?
A. As far as this is concerned, on an annual basis, about 2,000 of these are produced.
Q. Has the production in those numbers been consistent since 2006?
A. They are pretty much consistent, although, very gradually, the numbers have increased somewhat.
Q. Does the Tsukuba plant manufacture tractors when they receive orders from customers or

**Page 30**

```
 1              Takehashi Yokoo
 2   the packaging line.
 3       Q.   By "final inspection" are you referring
 4   to the final inspection that's set forth in the
 5   documents that are in Exhibit 1?
 6       A.   That's correct.
 7       Q.   And that's the same procedure was
 8   followed in 2006 as it is today?
 9       A.   Yes.
10       Q.   After the tractors are put onto the
11   frames, what is the next step in terms of getting
12   those tractors to your customers?
13       A.   Yes.  As far as this tractor which has
14   been packaged and put on the metal frame by the
15   tractor section, we then receive that at logistics
16   and put it in the warehouse by having trucks
17   transport it to the warehouse.  And based on the
18   orders that we receive from the sales department, we
19   would then do the vanning work that needs to be
20   conducted to prepare for the shipping of this.
21       Q.   Where is the warehouse located that you
22   just referred to?
23       A.   It is located very close to our plant.
24       Q.   Can you give us the approximate
25   distance?
```

**Page 31**

```
 1              Takehashi Yokoo
 2       A.   Approximately, 100 to 200 meters, I
 3   believe.
 4       Q.   Is there a particular trucking company
 5   that Kubota uses to transport the trucks the 100 to
 6   200 meters?
 7       A.   Yes.
 8       Q.   What's the name of that company?
 9       A.   We contract out the work to Mitsukaido,
10   M-i-t-s-u-k-a-i-d-o Truck Cooperative.
11       Q.   For what period of time has Kubota been
12   dealing with the Mitsukaido Truck Cooperative?
13       A.   We've had a business relationship with
14   them for approximately a little over 30 years; that
15   is to say, every since our plant was opened.
16       Q.   Do you find them to be a careful and
17   reliable trucker?
18       A.   Yes.
19       Q.   That was the trucking company which
20   transported the particular tractors that are at
21   issue in this litigation from your plant to the
22   warehouse?
23       A.   Yes.
24       Q.   The warehouse that you referred to, is
25   that a Kubota warehouse, or is it a warehouse
```

**Page 32**

```
 1              Takehashi Yokoo
 2   operated by another entity?
 3       A.   It is the warehouse of a different
 4   operating company.
 5       Q.   What's the name of that company?
 6       A.   It is Kyuwasoko, K-y-u-w-a-s-o-k-o.
 7       Q.   How long has your company done business
 8   with Kyuwasoko?
 9       A.   This relationship too we've had with
10   them ever since the operations began at our plant.
11   So it would be over 30 years we've had this
12   relationship with them.
13       Q.   What does Kyuwasoko do with the cargo
14   once they receive it?
15       A.   First of all, they would store the
16   products and categorize them according to the model
17   type when they store them.
18       Q.   Anything else?
19       A.   After they've stored it.  They would
20   then do the vanning work.
21       Q.   By vanning, do you mean putting the
22   tractors which are in their frames into shipping
23   containers?
24       A.   That's correct.  Yes.  That's right.
25       Q.   That's done at the warehouse that's
```

**Page 33**

```
 1              Takehashi Yokoo
 2   located nearby your facility?
 3       A.   Yes.
 4       Q.   What is the next step in getting your
 5   tractors out to your customers once they're put into
 6   vans?
 7       A.   The next step would be to actually
 8   transport that container or those containers to the
 9   port which is Tokyo port.
10       Q.   Is there a particular company which is
11   utilized for that transportation?
12       A.   Yes.
13       Q.   What's the name of that company?
14       A.   It is Tatsumi, T-a-t-s-u-m-i, Shokai,
15   S-h-o-k-a-i.
16       Q.   Does the vanning company hire the
17   trucker or does Kubota?
18            THE INTERPRETER:  Counsel, did
19       you say does the vanning company hire the
20       trucker?
21       Q.   The trucker.
22            Does Kubota hire the trucker to
23   transport it from the warehouse to the port?
24       A.   Kubota Corporation hires the freight
25   forwarder, which in this case asks Tatsumi to handle
```

## Page 34

Takehashi Yokoo

that portion of it.

Q. I'm sorry if I asked this.

How many years has your company been dealing with Tatsumi Shokai?

A. This relationship, too, has existed since the plant had begun its operations. So this would be about 30 years as well.

Q. Did you find them to be a careful and reliable company?

A. Yes.

Q. You found Kyuwasoko has been a reliable, careful contractor for your company; is that correct?

A. Yes.

Q. Now, the tractors are put into shipping containers at the warehouse near your factory. And then containers are taken by truck to the load port.

How many containers does each truck carry when it delivers the tractors to the load port?

A. Well, it would differ according to the model type we are talking about. As far as the larger size tractors are concerned naturally, the numbers of these that are packaged one upon the

## Page 35

Takehashi Yokoo

other would be fewer in number in comparison to the smaller model type tractors.

Q. I'm sorry. I wasn't clear.

The tractors are put into containers at the warehouse. And by containers I mean the 40-foot shipping containers that's utilized to carry the goods abroad.

Is my understanding correct?

THE INTERPRETER: Counsel, very sorry, but is your understanding correct that they're put on 40-feet shipping containers; is that the question.

MR. EAGAN: Yes. At the warehouse.

THE INTERPRETER: Thank you.

A. Yes. That is correct.

Q. Does the truck carry one container at a time, two containers at a time? What's the number?

A. It's one.

Q. One container per truck?

A. That's right.

Q. For the larger size tractors, the 9540 and the 8540 back in 2006, the time of this shipment, how many tractors were put into the

## Page 36

Takehashi Yokoo

shipping container?

A. May I ask you if by your question you are asking me how many tractors would be loaded onto the container?

Q. Yes.

A. Yes. Well, with regard to these model types, that is, the M8540 and the 9540 are concerned, if it's a specification, then it would be eight tractors. And if it's a cabin specification, then it would be three tractors at that time.

Q. For the shipment that's at issue in this litigation, it was three tractors per container, correct?

A. Yes.

Q. And for the smaller size tractors, the 6040 and the 5040 for the tractors at issue in this litigation, was it 10 tractors per container?

A. Yes.

Q. Just going back to this exhibit which has been marked as 25, besides the first and the last page, are there any other pages which deal with the two larger size tractors?

A. When you say the larger tractors, do you mean the 8540 and the 9540?

## Page 37

Takehashi Yokoo

Q. Yes.

A. No, there are not. It's only the first and the last pages that are relevant to those.

Q. Mr. Yokoo, I'd like you to look at what we have marked as Exhibit 5.

MR. EAGAN: Off the record.

(Discussion off the record.)

MR. EAGAN: Back on the record.

Q. Mr. Yokoo, I show you what's been marked as Exhibit 5 and ask if you can identify this document for us?

A. Yes. This is the container cargo sending in chart.

Q. Looking at the column that's on the left-hand side of the page, what is written here in the top left corner?

A. This shows the vessel name that will be handling the cargo, the shipping company.

Q. The name of the shipping company or the name of the vessel for the top one?

A. It's the name of the company that owns the vessel that will be transporting the cargo.

Q. Does the box YML mean Yang Ming Lines?

A. That's correct.