# EXHIBIT H

```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  07 Civ. 2735(DC)
    ------------------------------------x
 3  SOMPO JAPAN INSURANCE COMPANY OF
    AMERICA, and SOMPO JAPAN INSURANCE,
 4  INC.,

 5                  Plaintiffs,

 6       vs.

 7  NORFOLK SOUTHERN RAILWAY COMPANY,
    NORFOLK SOUTHERN CORPORATION, and
 8  THE KANSAS CITY SOUTHERN RAILWAY
    COMPANY,
 9
                    Defendants.
10  ------------------------------------x

11

12       Deposition of HOSHIZAKI ELECTRIC

13  COMPANY LIMITED, by YOSIYUKI IWAKI, taken

14  at the office of Sompo Japan Insurance

15  Company Of America, Two World Financial

16  Center, 225 Liberty Street, New York,

17  New York, on November 5, 2008 at 9:00 a.m.,

18  pursuant to F.R.C.P. 30(b)(6) and Notice,

19  before Robert M. Levine, a Shorthand Reporter

20  and Notary Public of the State of New York.

21

22

23            REGENCY REPORTING, INC.
         Certified Court Reporters & Videographers
24     425 Eagle Rock Avenue      575 Madison Avenue
       Roseland, NJ 07068         New York, NY 10022
25      www.regencyreporting.net   (866) 268-7866
```

Page 2

```
1  APPEARANCES:
2
3  MALOOF, BROWNE & EAGAN, LLC
4  Attorneys for the Plaintiffs and witness
5      411 Theodore Fremd Avenue, Suite 190
6      Rye, New York 10580
7      (914) 921-1200
8  BY: THOMAS EAGAN, ESQ.,
9      JACQUELINE JONES, ESQ.
10
11 KEENAN COHEN & HOWARD, P.C.
12 Attorneys for Defendants
13     One Pitcairn Place, Suite 2400
14     165 Township Line Road
15     Jenkintown, Pennsylvania 19046
16     (215) 609-1110
17 BY: ALFONSO GAMBONE, ESQ.
18
19 ALSO PRESENT:
20     FRANCES SEEDS,
21     Japanese Interpreter
22
23
24
25
```

Page 3

```
1        IT IS HEREBY STIPULATED AND
2  AGREED, by and between the attorney for the
3  respective parties herein, that the sealing,
4  filing and certification of the within
5  deposition be waived; and sworn to before an
6  officer authorized to administer an oath, with
7  the same force and effect as if signed and
8  sworn to before the officer before whom said
9  deposition is taken.
10       IT IS FURTHER STIPULATED AND
11 AGREED that all objections, except as to form,
12 are reserved to the time of trial.
```

Page 4

```
1
2  FRANCES SEEDS, called as the
3     official interpreter in this matter, was duly
4     sworn by the Notary Public (Robert M. Levine)
5     to accurately and faithfully translate the
6     questions propounded to the witness from
7     English into Japanese and the answers given
8     by the witness from Japanese into English.
9  YOSIYUKI IWAKI, being first duly
10    sworn by the Notary Public (Robert M.
11    Levine), testified as follows:
12        THE REPORTER: Full name and
13    address for the record.
14        THE WITNESS: My name is Yosiyuki
15    Iwaki. Y-o-s-i-y-u-k-i I-w-a-k-i. And I am
16    living in Matsue City in Shimane,
17    S-h-i-m-a-n-e, Prefecture in Japan.
18        MR. EAGAN: Just some
19    preliminaries. The witness is here today
20    through a notice of deposition which the
21    plaintiff has served which we'll mark as
22    Exhibit 1. And also here, inclusive of that,
23    for certain 30(b)(6) topics for the notice of
24    deposition which the defendant has been
25    served. And I'm referring to the third
```

Page 5

```
1       Yosiyuki Iwaki
2  amended notice of deposition, topic 15, topic
3  20, topic 29, and, to some extent, topic 19.
4       We'll mark the notice of
5  deposition as Exhibit 1.
6       (Notice of deposition to Yosiyuki
7  Iwaki marked Hoshizaki Exhibit 1-A for
8  identification as of this date.)
9       MR. EAGAN: Also attorneys for
10 the plaintiffs Sompo Insurance Company of
11 America and Sompo Japan Insurance, Inc.. And
12 we also represent the witness for the purpose
13 of the deposition.
14      Mr. Iwaki.
15      THE WITNESS: Yes.
16      MR. EAGAN: Have you ever been
17 deposed before?
18      THE WITNESS: I have not.
19      MR. EAGAN: I'm going to ask you
20 a series of questions. And the other lawyer
21 will also be asking you some questions as
22 well.
23      THE WITNESS: Yes.
24      MR. EAGAN: If you do not
25 understand a question, please say so.
```

## Page 6

Yosiyuki Iwaki

2  THE WITNESS: Yes.
3  MR. EAGAN: We will try to
4  rephrase it in a better way so you're able to
5  understand.
6  THE WITNESS: Yes. I understand.
7  MR. EAGAN: And if at any point
8  during the deposition you need to take a
9  break to have a drink of water, to use the
10  rest room, just please say so and we'll
11  accommodate the request.
12  THE WITNESS: Yes. I understand.
13  MR. EAGAN: All right. Thank
14  you.
15  THE WITNESS: So I'm allowed to
16  have some water while the proceedings are
17  going on?
18  MR. EAGAN: Yes, you may.
19  EXAMINATION BY MR. EAGAN:
20  Q.  Mr. Iwaki, by whom are you employed?
21  A.  I am currently working at Hoshizaki
22  Electric Company Limited.
23  Q.  Is there a particular location of that
24  company where you work?
25  A.  I am working at Hoshizaki Electric

## Page 7

Yosiyuki Iwaki

2  Company Limited's Shimane plant.
3  Q.  And is Shimane a city in Japan?
4  A.  It is a prefecture in Japan.
5  Q.  Now, I'm going to place in front of you
6  an exhibit binder. And we will go through some of
7  them today. I ask if you could just turn to Exhibit
8  No. 9.
9  A.  Yes.
10  Q.  Is this your curriculum vitae?
11  A.  Yes. It is my curriculum vitae.
12  Q.  In addition to your work history on
13  there, did you receive any degrees from
14  universities?
15  A.  Yes. I have graduated from university.
16  Q.  What's the name of that university?
17  A.  The current name of it is Hyogo,
18  H-y-o-g-o, Prefectural University.
19  Q.  What year did you obtain your degree?
20  A.  I graduated in 1981.
21  Q.  What was your degree in?
22  A.  My major was in economics.
23  Q.  Now, you first began work for Hoshizaki
24  in 1988?
25  A.  That's correct. Yes.

## Page 8

Yosiyuki Iwaki

2  Q.  And you've been at the Shimane plant
3  since 2000?
4  A.  No. I have been working at the Shimane
5  factory since I entered the company.
6  Q.  Oh, since 1988?
7  A.  Yes, that's correct.
8  Q.  There's a reference to a GA department.
9  What is that?
10  A.  It is general affairs.
11  Q.  Could you just give us a very general
12  outline of what the general affairs department does?
13  A.  General affairs handles the various
14  administrative work in the factory as well as
15  finance work as well as Human Resources work.
16  Q.  Since December of 2005, you were the
17  manager of the production control department until
18  June of 2007?
19  A.  No. I was manager.
20  Q.  Now you're manager of the production
21  control department?
22  A.  Yes, that's correct.
23  Q.  What were your duties as the manager of
24  the production control department?
25  A.  You mean the work that I engage myself

## Page 9

Yosiyuki Iwaki

2  with?
3  Q.  Yes.
4  A.  As far as the primary content of the
5  work is concerned, it would be, first of all,
6  receiving the sales, the information pertaining to
7  orders from the sales department and checking the
8  requests against the inventory at the factory. And
9  making a determination as to how many of each model
10  type product needs to be produced in addition to
11  what's available in the inventory.
12     The second work that I engage myself in
13  has to do with the procurement of materials and
14  parts that are necessary in order to provide support
15  for the production activities that are being carried
16  out at the factory.
17  Q.  What is the business of Hoshizaki
18  Electric?
19  A.  The business of Hoshizaki Electric is
20  to manufacture and to sell commercial kitchen
21  equipment and appliances.
22  Q.  Could you give us some examples of the
23  type of appliances?
24  A.  Yes. Icemakers, sushi cases, and
25  commercial purpose refrigerators.

**Page 10**

Yosiyuki Iwaki

Q. What products are manufactured at the Shimane plant?

A. The main products that are produced at the Shimane factory are the icemakers, the sushi cases, and the table-type commercial refrigerators.

Q. And just ask if you could turn to what's been marked as Exhibit 5. It lists certain types of sushi cases and certain types of icemakers on the document.

Do you see that?

A. Yes.

Q. <u>Are these types of sushi cases and icemakers manufactured at the Shimane plant?</u>

A. <u>Yes, that's correct. Those sushi cases and icemakers that are listed here are those that are manufactured at the Shimane factory.</u>

Q. For approximately how many years has Hoshizaki manufactured sushi cases?

A. I don't have the accurate figures. However, I believe that it would be a bit over 20 years, approximately, for sushi cases.

Q. Have they manufactured sushi cases ever since you joined the company?

A. That's correct.

**Page 11**

Yosiyuki Iwaki

Q. The sushi cases of the models that are listed on this Exhibit 5, approximately how many years has Hoshizaki been manufacturing them?

A. As far as these type models are concerned, I think it would be about five years.

Q. For how many years has Hoshizaki been producing icemakers?

A. I have heard that as far as icemakers are concerned, that they have been manufactured by our company for approximately 40 years.

Q. Have they manufactured icemakers ever since you joined the company?

A. That's correct.

Q. In your position in 2005 and 2006 at Hoshizaki, you've become familiar with the type of icemakers and sushi cases that are listed on Exhibit 5?

A. That's correct.

Q. Referring to the period now in 2006.

A. Yes.

Q. What steps, if any, did Hoshizaki take to ensure that the icemakers and sushi cases leaving the plant were in good operating order?

A. Yes. I was able to learn about these

**Page 12**

Yosiyuki Iwaki

things by speaking with the person or persons in charge of the final inspection of the product before it is to be shipped out. And had heard from the person or persons regarding the state of the product, the content of the products, as well as also referring to documents that pertained to those products.

Q. What department within the plant performs what we'll call a quality check of the units before they leave the factory?

A. Well, it would be the inspection section of the quality assurance department.

Q. Is there a Mr. Hara who works in that department?

A. Yes. There is a manager by the name of Mr. Hara.

Q. And is there a Mr. Esumi who also works in that department?

A. Yes. There is a Mr. Esumi, E-s-u-m-i. And he is superior to Mr. Hara. And he is the manager of the quality assurance department.

Q. Is that part of the inspection department?

A. Rather, it is the inspection section

**Page 13**

Yosiyuki Iwaki

which is part of the quality assurance department.

Q. What type, if any, of inspection does the inspection department perform?

A. There would be an inspection done by the inspection section as to the various items that need to be checked for; such as, whether the product is in a good operational state and if it can be operated correctly or not.

Q. If you could turn to what we've marked as Exhibit 1.

First of all, could you identify what's been marked as Exhibit 1?

A. This is a product inspection certificate that was issued by the inspection section of our quality assurance department.

Q. Does that document set forth the type of tests that are done by the inspection department on each machine before leaving the factory?

A. Yes. That's correct.

Q. So, for instance, they checked the insulation resistence, the outer view construction. They perform a pressure test.

These type of items that are listed?

A. Yes, that's correct.

22

```
                Yosiyuki Iwaki
 1
 2      it.
 3          Q.   What group of products does it refer
 4      to?
 5          A.   I don't quite understand what you mean
 6      by "what group of products."
 7               If you could please rephrase your
 8      question in a manner that I would be able to
 9      understand, please.
10          Q.   Sure.
11               If I can, just by way of explanation,
12      if you can refer to what's been marked as Exhibit A
13      which you were referring to earlier in the case?
14          A.   Yes.
15          Q.   Do the inspection certificates which
16      have been marked as Exhibit 1 refer to the items
17      which are listed on Exhibit 5?
18          A.   Yes.  That is correct.
19          Q.   Could you tell us what the next step is
20      after a product is manufactured at the Shimane
21      factory?
22               What happens next in the process?
23          A.   The next step would be that at the
24      factory, once the product is finished, that it would
25      then be passed on to the logistics department and
```

23

```
                Yosiyuki Iwaki
 1
 2      would go to the warehouse of the logistics
 3      department.  And the logistics department based upon
 4      the guidance that they receive from the sales
 5      department with regard to the shipment, that is to
 6      say, where the products need to be shipped, how many
 7      units of what type of products need to be shipped,
 8      once this is information is received, from the sales
 9      department at the logistics department, they would
10      then be responsible for shipping out the products.
11          Q.   And some point are the units put into
12      cartons at the factory?
13          A.   At the same time that the inspection is
14      conducted.  Once it is completed, then it would be
15      put into a carton, the product.
16          Q.   Are you familiar with the type of
17      cartons that were utilized to pack these particular
18      type of sushi cases and icemakers?
19          A.   I do know.
20          Q.   Please describe them.
21          A.   The product would be placed in a
22      cardboard box.  And would be packaged with
23      insulating material; in this case, foam polystyrene.
24      And it would be packaged in that manner.
25          Q.   Do you know whether there was a
```

24

```
                Yosiyuki Iwaki
 1
 2      determination made as to what type of carton to put
 3      the particular types of products?
 4          A.   Yes.
 5          Q.   Please describe.
 6          A.   With regard to each product that is
 7      produced, beginning with the design stage, the
 8      design department would not only design the product,
 9      but would also design the packaging for the product.
10      And the final determination as to the appropriate
11      packaging of the product would be made by conducting
12      various tests.  Examples of which are the vibration
13      test where the products are loaded onto a vehicle.
14      And we check to see how much of a vibration, the
15      packaged product can withstand.
16               There is also another test where the
17      products are loaded onto the trucks and carried to a
18      remote location.  And we would check to see whether
19      the packaging was able to withstand that
20      transportation to the remote location.  And we would
21      then grasp the tolerance level of the product that
22      is packaged for transportation.
23               And a final determination would be made
24      as to the appropriate packaging of the product.
25          Q.   Was such determination made with
```

25

```
                Yosiyuki Iwaki
 1
 2      respect to the types of packaging which was used on
 3      the machines at issue in this litigation?
 4          A.   Yes.  That is correct.  Those
 5      considerations began at the design phase and went
 6      all the way to the final transport stage.  And a
 7      determination was made.
 8               (Report to overseas operation
 9               department marked Hoshizaki Exhibit 2 for
10               identification as of this date.)
11               (English translation of Exhibit 2
12               marked Hoshizaki Exhibit 3 for identification
13               as of this date.)
14          Q.   I'm going to show you what we've marked
15      as Exhibit No. 2.  And ask if you can identify that
16      document.
17               MR. EAGAN:  Just for the record
18          Exhibit 3 is an English translation of
19          Exhibit 2.
20          A.   As far as 2 is concerned, this is the
21      report to the overseas operation department that the
22      specific type models with the numbers as follows
23      were shipped.
24          Q.   This is called a shipping report?
25          A.   Shipping report.
```

30

                Yosiyuki Iwaki
1    litigation, we have asked Sumitrans,
2    S-u-m-i-t-r-a-n-s, to handle these matters as our
3    export company.
4            (Fax transmission on the
5            letterhead of Shousen Koun marked Hoshizaki
6            Exhibit 4 for identification as of this
7            date.)
8        Q.  If you could turn to what we've marked
9    as Exhibit 4.
10           MR. EAGAN: By the way, before we
11   go on, does anybody need a break?
12           THE WITNESS: Shall we?
13           MR. EAGAN: If you prefer, yes.
14   Just want to take five minutes?
15           THE WITNESS: Yes, please.
16           MR. EAGAN: Five minutes, okay.
17           (Short recess.)
18   BY MR. EAGAN:
19       Q.  Referring to what has been marked as
20   Exhibit 4, is this a document which was received by
21   Hoshizaki?
22       A.  I think so.
23       Q.  If you look at what's been Bates
24   stamped at the bottom 147, you see at the bottom

31

                Yosiyuki Iwaki
1    there is some fax information.
2            Can you read the name of the company on
3    that fax which sent the fax?
4        A.  The name of the company would be
5    Shousen, S-h-o-u-s-e-n, Koun, K-o-u-n. And it was
6    sent on March 23, 2006 it says.
7        Q.  Are you familiar with the Shousen Koun
8    company?
9        A.  I do not know the details. However, I
10   had heard from Mr. Fujihara, whom I had referred to
11   in my earlier testimony, that he had said to me that
12   every time there would be an export that would be
13   made from Kobe port, that our products would first
14   be transferred to Shousen Koun's warehouse.
15       Q.  And would they be put in the container
16   at the Shousen warehouse?
17       A.  I think that perhaps that might be the
18   case. But as for that, I am not really familiar
19   with the details.
20       Q.  Is that because Hoshizaki relied on
21   Sumitrans to take care of the stuffing of the goods
22   into the container?
23       A.  I had heard from our overseas operation
24   department that as for the export which is handled

32

                Yosiyuki Iwaki
1    by Sumitrans, that we do not know in our company of
2    the details as to what happens with those
3    procedures.
4        Q.  What was the name of the person in the
5    overseas operations department?
6        A.  It would be a person in charge by the
7    name of Yoshii, Y-o-s-h-i-i.
8        Q.  Now, have you learned whether Hoshizaki
9    provided any instructions to Sumitrans regarding
10   these stuffing of the cartons into the container?
11       A.  Similarly, Mr. Yoshii, who is with the
12   overseas operation department had said to me that
13   when Sumitrans is asked to pack the container, that
14   there be a band put around the product so that the
15   products would not fall over. And also, not to
16   place irregularly sized boxes above the uniform size
17   boxes below, so as to make it unstable.
18           (Packing list marked Hoshizaki
19           Exhibit 5 for identification as of this
20           date.)
21       Q.  I'm going to show you what we've marked
22   as Exhibit 5 which you referred to before. But I
23   ask if you could identify that document?
24       A.  This is a packing list.

33

                Yosiyuki Iwaki
1        Q.  Who prepares the packing list?
2        A.  Our overseas operations department
3    would create this.
4        Q.  Is this type of document created every
5    time Hoshizaki Electric ships product?
6        A.  I have heard that every time there is
7    to be an export, that this document would be
8    prepared.
9        Q.  It's a document that Hoshizaki
10   maintains in its files in the ordinary course of its
11   business?
12       A.  It is a document that is created when
13   there is to be an overseas shipment activity. And
14   after it is created it would be maintained.
15           (Copy of an invoice marked
16           Hoshizaki Exhibit 6 for identification as of
17           this date.)
18       Q.  If you could turn to Exhibit No. 6 and
19   ask if you could identify that document.
20       A.  This is an invoice.
21       Q.  Does the invoice relate to a particular
22   shipment?
23       A.  This is an invoice which was created
24   when the ship was loaded with the products that were

**54**

Yosiyuki Iwaki

1  
2  are typically kept by your company with regards to
3  your units.
4      A.  When the products are inspected, the
5  inspection records a pass or fail would be marked
6  regarding that product that is inspected.
7      Q.  How is that documented? What document
8  is created?
9      A.  In the ISO standards the inspection
10 records are included therein. So that is also
11 included.
12     Q.  So, was Exhibit 1 created strictly for
13 this litigation; not normal course of business?
14         MR. EAGAN: Objection in that it
15     calls for the witness to make a legal
16     conclusion.
17         MR. GAMBONE: What I'm asking the
18     witness is, is this document described in
19     Exhibit 1 a document created in the normal
20     course of business regardless of litigation?
21         MR. EAGAN: The witness had
22     testified earlier that it was prepared when
23     the customer requests.
24     A.  Yes, that's correct.
25     Q.  So, it was created for the purposes of

**55**

Yosiyuki Iwaki

1  
2  this litigation?
3          MR. EAGAN: Objection.
4      Q.  Describe the movement of the freight
5  from your company's facility using the Nihon trucks,
6  I'm sorry, as a joint activity; is that correct?
7      A.  That's correct.
8      Q.  Can you describe what you mean by
9  "joint activity"?
10     A.  What I meant by joint activity was that
11 when the products are to be loaded onto the truck,
12 then our company employees, together with the Nihon
13 truck employees would both be there making certain
14 that it is being loaded onto the truck.
15     Q.  Who supervises that activity?
16     A.  The department that would be in charge
17 of that would be the logistics department.
18     Q.  Who in the logistics department would
19 have supervised that joint activity?
20         THE INTERPRETER: May I just
21     confirm with the witness a portion of his
22     answer, please?
23         Thank you very much. I've been
24     able to confirm.
25     A.  I'm not sure who it might have been in

**56**

Yosiyuki Iwaki

1  
2  the logistics department. However, as far as the
3  logistics department is concerned, there is a person
4  in charge there.
5      Q.  Who is that person?
6      A.  Well, you're asking about the person
7  who is responsible or the person who handles the
8  matter?
9      Q.  Both.
10     A.  At that time as to whom those persons
11 were, I do not know right now as I sit here.
12     Q.  When the trucking company transported
13 the freight to the dock from your facility, no one
14 from your company participated in that movement; is
15 that correct?
16     A.  No, we did not have that.
17         MR. EAGAN: Reread the question.
18         (Question read.)
19     Q.  So there is no one from your company
20 that could testify as to the conditions of the goods
21 when they were loaded onto the ships; is that
22 correct?
23         MR. EAGAN: Objection. What the
24     conditions of the goods are is one thing.
25     Whether someone saw the container being

**57**

Yosiyuki Iwaki

1  
2  loaded is a separate issue. I think it's a
3  confusing question.
4          MR. GAMBONE: We'll still ask
5      that he answer that question over objection.
6          Could we have the question read
7      back.
8          (Question read.)
9      A.  Yes. That is correct. There is no one
10 who has confirmed that there.
11     Q.  And neither Exhibits 5 nor Exhibit 6
12 give a description of the condition of the goods at
13 that point; is that correct?
14         MR. EAGAN: Objection. I'm
15     confused.
16         MR. GAMBONE: Exhibit 5 and
17     Exhibit 6 are invoices; is that right?
18         MR. EAGAN: And the packing list.
19     Q.  And neither one of those exhibits are
20 describing the conditions of the goods; is that
21 right?
22         MR. EAGAN: Objection. The
23     document does describe.
24         MR. GAMBONE: Counsel, can I ask
25     if the plaintiff will be designating a

58

Yosiyuki Iwaki

1
2  witness to testify as to the condition of the
3  goods at the dock or the rail origin?
4      MR. EAGAN: No. We've already
5  advised to that as to those areas there is no
6  knowledge.
7      MR. GAMBONE: Okay.
8  Q.  Sir, can I ask, what is your
9  understanding of Exhibit 7?
10 A.  I think that this is a document that is
11 issued by Sumitrans, letting us know that our
12 products have been loaded. And it is proof of that.
13 Q.  And did you speak to the producer who
14 produced this document?
15     MR. EAGAN: The person at
16 Hoshizaki?
17     MR. GAMBONE: No, the person at
18 Sumitrans.
19 A.  No. I have not spoken with a person at
20 Sumitrans.
21 Q.  Just to clarify, sir, you cannot
22 testify to the condition of the freight at the rail
23 origin point in the United States; is that correct?
24     MR. EAGAN: Objection. It's
25 unclear. Was he personally there? That's

59

Yosiyuki Iwaki

1
2  one thing but --
3      MR. GAMBONE: He was designated
4  as the designee. So he could acquire the
5  knowledge. That's all I'm asking him.
6      MR. EAGAN: Acquire the knowledge
7  from who?
8      MR. GAMBONE: He can acquire the
9  knowledge by asking. Under 30(b)(6) it is
10 permitted to acquire the knowledge through
11 documents or speaking to someone.
12     MR. EAGAN: Right.
13     MR. GAMBONE: It doesn't need to
14 be firsthand knowledge.
15     MR. EAGAN: But we have already
16 advised that no one at Hoshizaki has
17 knowledge as to condition at the discharge
18 port, at the rail origin. Anything other
19 than that.
20     MR. GAMBONE: Who would have that
21 knowledge?
22     MR. EAGAN: We don't know.
23 Hoshizaki would not know.
24     MR. GAMBONE: Would Sompo know?
25     MR. EAGAN: No. Nor Sompo.

60

Yosiyuki Iwaki

1
2      MR. GAMBONE: It hasn't been
3  established.
4      MR. EAGAN: Once it leaves it's
5  under, you know, Sumitrans, under Yang Ming,
6  under Norfolk Southern, or any intermediate
7  railroad. There was nothing there that can
8  say at each point who would know that. We've
9  said that from day one.
10 BY MR. GAMBONE:
11 Q.  Sir, can you describe for me the
12 procedure that your insurance company requires you
13 to follow with regards to your claim that you filed?
14     MR. EAGAN: Objection. He has
15 not been designated as a 30(b)(6) on that
16 subject. But you can answer.
17     MR. GAMBONE: It's No. 18,
18 compensation on damages.
19     MR. EAGAN: Earlier on the case
20 during the depositions of the surveyors, I
21 forget the gentleman's name, but he was
22 designated as the 30(b)(6) for that topic
23 prior to this deposition.
24     MR. GAMBONE: But it was my
25 understanding that he was going to testify

61

Yosiyuki Iwaki

1
2  regarding No. 18 today; is that correct?
3      MR. EAGAN: No. 18, no. If I
4  did --
5      MR. GAMBONE: I have marked 15,
6  18, 20 and 29. It's 15, 19.
7      MR. EAGAN: And 19 was qualified
8  from origin to the load port. Because that's
9  all Hoshizaki has knowledge of.
10     MR. GAMBONE: I'm going to still
11 ask him to testify about it.
12     MR. EAGAN: Whether he has any
13 knowledge about it?
14     MR. GAMBONE: Yes.
15     Can we get that question read
16 back.
17     (Question read.)
18     MR. EAGAN: Same objection. But
19 go ahead.
20 A.  I'm not sure what you mean by the
21 procedure.
22 Q.  Did they require you to submit any
23 documents to them?
24 A.  With regard to this matter?
25 Q.  Yes.

**Page 78**

Yosiyuki Iwaki

spot-checking?

A. What I meant by spot-checking earlier in my testimony had to do with how I had looked at the items that had passed on this inspection certificate in this exhibit and compared it to the inspection records which were the basis of what was written here. And looked to see whether they conformed to one another. They were consistent with one another or not. That's what I meant by spot-checking.

Q. And those records that you're referring to are only the records which are created when they are requested by a customer that they be created; isn't that right?

MR. EAGAN: Objection. That wasn't the testimony.

MR. GAMBONE: Well, he testified that the records were created upon a customer's request. So that's what he testified to.

MR. EAGAN: Let's just clarify. There are just certain terms of art that he's using here.

MR. GAMBONE: Okay.

**Page 79**

Yosiyuki Iwaki

MR. EAGAN: Inspection certificates is the document that we're referring to as Exhibit 1. Inspection reports or records, or the underlying documents?

If the witness can help clarify, the underlying documents, are they referred to as reports or records?

THE WITNESS: I do apologize. It seems as if inspection records is the correct way to refer to them. However, there are times when we might sometimes refer to the inspection records as the inspection reports.

MR. EAGAN: Reports and records are initial documents. Certificate is this particular exhibit.

MR. GAMBONE: Okay.

BY MR. GAMBONE:

Q. So these certificates, and this is a question for him, were created upon the request of Sompo; is that correct?

A. What I had heard from Mr. Hara was that he had prepared this document. And it was a document that was prepared based on the request that

**Page 80**

Yosiyuki Iwaki

he had received from the overseas operations department of our company. So he created that based on the request from that department. And he had hypothesized that possibly the request might have come from Sompo Japan.

MR. GAMBONE: Okay. All right. That's all the questions that I have.

BY MR. EAGAN:

Q. Just a couple of follow-up.

What's the distance from your plant to Kobe?

A. It's about, roughly, 250 kilometers.

Q. Finishing up with this Exhibit 1.

Now, you talked before about the inspection records and inspection reports. Those documents are created at the time of the actual inspection by the person in the Hoshizaki inspection department; is that correct?

A. Yes. That is correct.

Q. Those documents, the inspection reports, inspection records, they're created every time a unit is manufactured; is that correct?

A. Yes. That is correct for each and every unit that is produced based on the model

**Page 81**

Yosiyuki Iwaki

manufacturing numbers which are given to each and every product.

Q. One thing I didn't ask before.

You were asked some questions about dates, I believe, when the units arrived at the load port. And you answered you didn't know off the top of your head, but if you had documents you might be able to find out.

I just want to show you Exhibit 7.

Are you able to determine from that document the date which the goods were delivered to Kobe?

A. The day that it arrived at Kobe port?

Q. Yes.

A. Because this is not a document that I'm used to seeing on a daily basis in the course of my work. I don't really know.

Q. Is there any date listed on the document?

A. I'm thinking maybe there is no date that shows when the products arrived at Kobe port.

Q. You're not fluent in the English language, correct?

A. That's correct.