DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SOMPO JAPAN INSURANCE COMPANY OF
AMERICA and SOMPO JAPAN INSURANCE,
INC.

                  *Plaintiffs,*

- against -

NORFOLK SOUTHERN RAILWAY
COMPANY, NORFOLK SOUTHERN
CORPORATION and THE KANSAS CITY
RAILWAY COMPANY

                  *Defendants.*

------------------------------------x

07 Civ. 2735 (DC)

**DECLARATION OF THOMAS M. EAGAN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

      I, Thomas M. Eagan, declare that I am a member of Maloof Browne & Eagan LLC, attorneys for plaintiffs Sompo Japan Insurance Company of America and Sompo Japan Insurance, Inc.

      1.    Attached as Exhibit 55 is a true copy of U.S. Department of Transportation report, "America's Container Port: Delivering the Goods," March, 2007.

      2.    Attached as Exhibit 56 is a true copy of an excerpt from Norfolk Southern's website, "NS Intermodal."

      3.    Attached as Exhibit 57 is a true copy of communications from plaintiffs' counsel to defendants' counsel.

1

4. Attached as Exhibit 58 is a true copy of the Duncan Shoemaker & Associates Preliminary Survey Report dated May 16, 2006.

I declare the foregoing is true and correct under the penalty of perjury of the laws of the United States.

Dated: Rye, New York
April 29, 2009

_____
Thomas M. Eagan

\\sbsserver1\Company\WP-DOCS\2503.81\042809 Opp to Defs' Motion for SJ\042809 TME Declarationt.doc