

# America's Container Ports: Delivering the Goods

## March 2007







U.S. Department of Transportation
Research and Innovative Technology Administration
Bureau of Transportation Statistics

**EXHIBIT 55**

**FIGURE 5**
Maritime Container Entries into the United States



SOURCE: U.S. Department of Transportation, Research and Innovative Technology Administration, Bureau of Transportation Statistics, based on data from U.S. Department of Homeland Security, Customs and Border Protection, Mission Support Services, Operations Management Database CD, various years.

**FIGURE 6**
Container Entries into the United States from All Countries and by All Modes: 2000 and 2005



SOURCE: U.S. Department of Transportation, Research and Innovative Technology Administration, Bureau of Transportation Statistics, based on data from U.S. Department of Homeland Security, Customs and Border Protection, Mission Support Services, Operations Management Database CD, various years.