Paul D. Keenan (admitted *pro hac vice*)
Charles L. Howard (admitted *pro hac vice*)
Keenan Cohen & Howard P.C.
One Pitcairn Place
165 Township Line Rd.
Jenkintown, PA 19046
(215) 609-1110

and

Barry N. Gutterman
Gutterman & Associates
The Lincoln Building
60 East 42nd Street, 46th Floor
New York, NY 10165

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SOMPO JAPAN INSURANCE COMPANY OF AMERICA, and SOMPO JAPAN INSURANCE, INC.

        *Plaintiffs,*

- against -

NORFOLK SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN CORPORATION, and THE KANSAS CITY SOUTHERN RAILWAY COMPANY

        *Defendants.*

**NO.: 07 CIV. 2735 (DC)**

JUDGE CHIN

**NOTICE OF APPEAL**

---

    Notice is hereby given that defendants, Norfolk Southern Corporation, Norfolk Southern Railway Company and The Kansas City Southern Railway Company hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment granting plaintiffs' motion for summary judgment and denying defendants' motion for summary judgment and awarding damages to plaintiffs entered in this action on the 19th day of September, 2009 and entered upon

FILED U.S. DC
OCT 13 2009
S.D. OF N.Y.

the docket on the 21st day of September, 2009 (DE # 73) and the Court's Orders determining that

49 U.S.S.C. § 11706 is applicable to the above styled case (DE ## 38, 44 and 70).

          KEENAN COHEN & HOWARD P.C.

By: _____
Paul D. Keenan (admitted *pro hac vice*)
Charles L. Howard (admitted *pro hac vice*)
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Telephone: (215) 609-1110
Facsimile:   (215) 609-1117

Attorneys for Defendants
Norfolk Southern Railway Company,
Norfolk Southern Railway Corporation, and
The Kansas City Railway Company

Dated: October 13, 2009

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify and declare under penalty of perjury that on October 13, 2009, a true and correct copy of the foregoing Defendants' Notice of Appeal was sent to the following party, listed below, by e-mail and fist class mail:

>David T. Maloof, Esquire
>Thomas M. Eagan, Esquire
>MALOOF BROWNE & EAGAN LLC
>411 Theodore Fremd Avenue, Suite 190
>Rye, New York 10580-1411
>
>*Attorneys for Plaintiffs*

By: _____
Paul D. Keenan